# 14-2291

IN THE

## United States Court of Appeals

FOR THE SECOND CIRCUIT

NICHOLAS M. LUCAS,

Plaintiff-Appellant,

—v.—

UNITED STATES OF AMERICA and the
DRUG ENFORCEMENT ADMINISTRATION,
an agency of the United States of America,

Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

JOINT APPENDIX TO BRIEF OF APPELLANT

**Wayne P. Smith**
**Attorney for Appellant**
**157 Barrett Street**
**Schenectady, NY 12305**
**(518) 393-1371**
**Bar Roll No. 102-631**

# JOINT APPENDIX - TABLE OF CONTENTS

Notice of Appeal of Nicholas Lucas dated June 20, 2014 ....................................A-1

Memorandum-Decision and Order of the District Court for the Northern District of New York dated May 22, 2014 ........................A-3

Bail Receipt dated January 13, 2011 ........................................................A-13

Assignment of bail dated July 25, 2011 .........................................................A-14

Correspondence from attorney Dennis B. Schlenker as for Justin Lucas providing copy of bail receipt dated August 3, 2011 ..................A-15

Attorney Smith correspondence to Otsego County Sheriff Devlin re return of bail money dated September 19, 2011 .................A-16

Correspondence from Sheriff Devlin re bail money seized and turned over to DEA dated September 19, 2011 ...........A-18

Respondent Government's Notice of Motion to Dismiss ...............................A-19

Respondent Government's Motion to Dismiss dated October 7, 2013 without Memorandum of Points and Authorities or attached Exhibits A- E ............A-20

Declaration of administrative proceeding by Vicki L. Rashid dated October 2, 2013 with some relevant attached Exhibits 1, 3, 5, 8, 11, 16, and 24 ........ ......A-21

1. Notice of Seizure to Justin Lucas, Cobleskill, New York with mailing date of February 18, 2011 ...A-29

3. Notice of Seizure to Justin Lucas, Portland, Oregon, with mailing date of February 18, 2011 .........A-30

5. Notice of Seizure to Nicholas Lucas, Cobleskill, New York, with mailing date of February 18, 2011 ................A-31

8. Notice of Seizure to Nicholas Lucas, Worchester, New York, with mailing date of February 18, 2011 .............A-32

11. Legal Notice - Wall Street Journal dated March 7, 2011, March 14, 2011 and March 21, 2011 ....A-33

16. Notice of Seizure to Justin Lucas, Cobleskill, New York with mailing date of March 11, 2011 ....A-36

24. Declaration of Forfeiture....................................................A-37

Notice of Petition of Nicholas Lucas dated July 16, 2013 ................................A-39

Petition of Nicholas Lucas with attached Exhibits A - E dated July 16, 2013 (exhibits omitted as duplicative) ..................................A-41

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NICHOLAS M. LUCAS, as Assignee of
Justin Lucas,

          Petitioner,

                             **NOTICE OF APPEAL**
                             **Case No.: 3:13-cv-0855(GLS/DEP)**

    -against-

UNITED STATES OF AMERICA and the
DRUG ENFORCEMENT ADMINISTRATION,
 an agency of the United States of America,

          Respondents.

---

    **NOTICE** is hereby given that Nicholas M. Lucas, the Petitioner above named,

hereby appeals to the United States Court of Appeals for the Second Circuit from the

Memorandum-Decision and Order (Hon. Gary L. Sharpe) dated and entered May 22,

2104 which Memorandum Decision and Order dismissed Petitioner's Petition seeking

either a Money Judgment in the amount of $50,000, together with interest from January

13, 2011 to date of payment or procedurally be granted relief by Motion to vacate an

administrative proceeding pursuant to 18 USC §983(e) by reason of lack of due process,

lack of notice, pursuant to the statues and case law made and provided, or in the

alternative, be granted a hearing with respect thereto.  More particularly, Petitioner,



Nicholas M. Lucas, hereby appeals from each and every part of said Memorandum - Decision and Order adverse to him as well as from the whole thereof.

Dated: June 20, 2014

Wayne P. Smith
Attorney for Petitioner
157 Barrett Street
Schenectady, New York 12305
(518) 393-1371

Case 3:13-cv-00855-GLS-DEP Document 13 Filed 05/22/14 Page 1 of 10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**NICHOLAS M. LUCAS,** as Assignee of Justin Lucas,

**Petitioner,**

**3:13-cv-855 (GLS/DEP)**

**v.**

**UNITED STATES OF AMERICA et al.,**

**Respondents.**

---

**APPEARANCES:** **OF COUNSEL:**

**FOR THE PETITIONER:**
Office of Wayne P. Smith
157 Barrett Street
Schenectady, NY 12305

WAYNE P. SMITH, ESQ.

**FOR THE RESPONDENTS:**
HON. RICHARD J. HARTUNIAN
United States Attorney
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198

GWENDOLYN E. CARROLL
Assistant U.S. Attorney

**Gary L. Sharpe**
**Chief Judge**

## MEMORANDUM-DECISION AND ORDER

### I. Introduction

Petitioner Nicholas M. Lucas, as assignee of Justin Lucas,

commenced this action against respondents the United States of America and the Drug Enforcement Administration pursuant to 18 U.S.C. § 983(e), seeking to set aside an administrative forfeiture of bail money. (*See generally* Pet., Dkt. No. 1.) Respondents moved to dismiss the petition pursuant to Fed. R. Civ. P. 12(b)(1) and (6). (Dkt. No. 5.) For the reasons that follow, the motion to dismiss is granted.

## II. **Background**[1]

On January 13, 2011, Justin Lucas posted $50,000 bail with the Otsego County Sheriff on behalf of his brother, Nicholas Lucas, who had been arrested and arraigned on charges involving possession of marijuana. (Pet. ¶¶ 3, 9.) Justin was given a bail receipt by the Otsego County Sheriff's Office, (Dkt. No. 1 at 8), but at some later date, was told by a member of the Sheriff's Office that the bail money had been seized by the Drug Enforcement Administration (DEA), (Pet. ¶¶ 3, 8). The DEA then commenced administrative forfeiture proceedings with respect to the seized money, which were completed on June 21, 2011. (*Id.* ¶ 7; Dkt. No. 1 at 10-11, 13-14.) On July 25, 2011, Justin purported to assign his rights

[1] The facts are drawn from Lucas' petition and presented in the light most favorable to him.



and interest in the bail money to Nicholas. (Pet. ¶ 10; Dkt. No. 1 at 33.) Nicholas alleges that neither he nor Justin ever received notice of the seizure or the administrative forfeiture proceedings commenced by respondents. (*Id.* ¶¶ 5, 13.) Specifically, Nicholas asserts that the DEA, "probably intentionally or negligently," repeatedly attempted to send notice of the forfeiture to incorrect addresses for both Nicholas and Justin Lucas. (*Id.* ¶ 12.)

## III. Standards of Review

The standards of review under Rules 12(b)(1) and 12(b)(6), which are "substantively identical," *Lerner v. Fleet Bank, N.A.*, 318 F.3d 113, 128 (2d Cir. 2003), are well settled and will not be repeated. For a full discussion of those standards, the parties are referred to the court's decisions in *Unangst v. Evans Law Associates, P.C.*, 798 F. Supp. 2d 409, 410 (N.D.N.Y. 2011), and *Ellis v. Cohen & Slamowitz, LLP*, 701 F. Supp. 2d 215, 218 (N.D.N.Y. 2010), respectively.

## IV. Discussion

Respondents have moved, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, seeking dismissal of Nicholas' petition because he has not demonstrated that he meets the statutory



requirements of 18 U.S.C. § 983 to bring a motion to set aside the forfeiture, and because he lacks Article III standing to maintain this action. (Dkt. No. 5, Attach. 1 at 10-17.) Nicholas argues that he does in fact have standing to bring this action, both under constitutional principles and pursuant to the applicable statutory framework.[2] (Dkt. No. 7, Attach. 1 at 7-21.) For the reasons that follow, respondents' motion to dismiss is granted.

"In every federal case, the party bringing the suit must establish standing to prosecute the action" under Article III of the Constitution. *Elk Grove Unified Sch. Dist. v. Newdow*, 542 U.S. 1, 11 (2004), *abrogated on other grounds by Lexmark Int'l, Inc. v. Static Control Components, Inc.*, 134

[2] The court notes that Nicholas spends the bulk of his response to respondents' motion to dismiss arguing the merits of the underlying forfeiture, and whether the initial seizure of the money was supported by sufficient evidence. (*See generally* Dkt. No. 7, Attach. 1.) However, to the extent Nicholas argues that the forfeiture was improper because it was not established that the money constituted drug proceeds, that issue is not properly before the court at this time. Once forfeiture has occurred, the sole remedy is that provided under 18 U.S.C. § 983(e) to challenge whether the DEA followed the proper procedural safeguards in forfeiting the property—that is, whether it provided adequate notice and an opportunity to be heard. *See, e.g.*, *Mesa Valderrama v. United States*, 417 F.3d 1189, 1196 (11th Cir. 2005); *Boero v. Drug Enforcement Admin.*, 111 F.3d 301, 304-05 (2d Cir. 1997); *United States v. Pickett*, No. 07-CR-117, 2011 WL 3876974, at *2 (E.D.N.Y. Sept. 1, 2011) (declining to consider objections to completed forfeiture alleging lack of probable cause).



S. Ct. 1377 (2014). Article III standing requires that the following three elements be satisfactorily pled: (1) "an injury in fact" that is "concrete and particularized" and "actual or imminent, not conjectural or hypothetical"; (2) "a causal connection between the injury and the conduct complained of"; and (3) a likelihood "that the injury will be redressed by a favorable decision." *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61 (1992) (internal quotation marks and citations omitted). Ordinarily, "a litigant 'must assert his own legal rights and interests, and cannot rest his claim to relief on the legal rights or interests of third parties.'" *Bano v. Union Carbide Corp.*, 361 F.3d 696, 715 (2d Cir. 2004) (quoting *Valley Forge Christian Coll. v. Ams. United for Separation of Church & State, Inc.*, 454 U.S. 464, 474 (1982)). However, "[a] plaintiff may assert the . . . claims of a third party if the plaintiff can demonstrate: (1) injury to the plaintiff, (2) a close relationship between the plaintiff and the third party that would cause plaintiff to be an effective advocate for the third party's rights, and (3) 'some hindrance to the third party's ability to protect his or her own interests.'" *Camacho v. Brandon*, 317 F.3d 153, 159 (2d Cir. 2003) (quoting *Campbell v. Louisiana*, 523 U.S. 392, 397 (1998)).

As relevant here, courts have recognized that a party seeking to



challenge the government's forfeiture of money or property used in violation of federal law must first demonstrate an interest in the seized item sufficient to satisfy the court of its standing to contest the forfeiture. *See DSI Assocs. LLC v. United States*, 496 F.3d 175, 184 (2d Cir. 2007); *United States v. One 1945 Douglas C-54 (DC-4) Aircraft, Serial No. 22186*, 604 F.2d 27, 28-29 (8th Cir. 1979); *United States v. Fifteen Thousand Five Hundred Dollars ($15,500.00) United States Currency*, 558 F.2d 1359, 1360 (9th Cir. 1977); *United States v. Huggins*, 607 F. Supp. 2d 660, 664-65 (D. Del. 2009) ("To demonstrate a colorable ownership or possessory interest, and satisfy the Article III standing requirement, an individual must show that he independently exercised some dominion or control over the property."). Where, as here, the party challenging forfeiture is not the person in possession of the property at the time it was seized, but instead purports to be an assignee of that person, the requirements for establishing standing are twofold. First, the "claimant must show that the assignment was valid, i.e. that it effectively conveyed to the assignee an interest in the subject property." *United States v. Dupree*, 919 F. Supp. 2d 254, 266 (E.D.N.Y. 2013) (internal quotation marks and citation omitted). Similarly, since it is well established that an assignee takes only the interest of its



assignor, a claimant must also demonstrate that the assignor "held a valid ownership interest in the seized property at the time of the assignment." *United States v. Three Hundred Sixty Four Thousand Nine Hundred Sixty Dollars ($364,960.00) in U.S. Currency*, 661 F.2d 319, 326-27 (5th Cir. 1981).

Here, as the government points out at the outset of its motion, (Dkt. No. 5, Attach. 1 at 10-12), the purported assignment of "all right, title or interest" in the $50,000 made by Justin to Nicholas, (Dkt. No. 1 at 33), did not actually convey any interest, as "[a]ll right, title, and interest in [the] property . . . vest[ed] in the United States upon commission of the act giving rise to forfeiture," 21 U.S.C. § 881(h), namely Nicholas' drug activity. Here, the funds at issue were seized on January 13, 2011, (Pet. ¶ 7), and declared administratively forfeited on May 19, 2011, (Dkt. No. 1 at 10), while the latest date Nicholas alleges with respect to the forfeiture is a "last disposition date" of June 21, 2011, (Pet. ¶ 7). Because the assignment did not occur until over a month later, on July 25, 2011, (Dkt. No. 1 at 33), the purported assignment did not actually convey any possessory or ownership interest in the money to Nicholas; the forfeiture had already been completed, and therefore Justin had no interest to assign to Nicholas, as all



right, title, and interest in the money had vested in the United States. *See* 21 U.S.C. § 881(h). Therefore, Nicholas lacks standing to maintain this claim on behalf of Justin.[3] *See DSI Assocs.*, 496 F.3d at 184; *United States v. Stokes*, 191 F. App'x 441, 444 (7th Cir. 2006); *Three Hundred Sixty Four Thousand Nine Hundred Sixty Dollars ($364,960.00) in U.S. Currency*, 661 F.2d at 326-27.

Further, the language of the statute precludes any argument that Nicholas would be able to maintain this action on his own behalf, and he does not argue as much in response to the government's motion. The relevant statute states that "[a]ny person entitled to written notice in any nonjudicial civil forfeiture proceeding . . . may file a motion to set aside a declaration of forfeiture with respect to that person's interest in the

[3] The government further argues, (Dkt. No. 5, Attach. 1 at 10-12), that, even if Nicholas did acquire any rights or interest in the subject property by way of the purported assignment, he would ultimately have to demonstrate compliance with the prerequisites of 18 U.S.C. § 983(d)(3)(A), for "property interest[s] acquired after the conduct giving rise to the forfeiture has taken place," which would require Nicholas to show that he was a "bona fide purchaser . . . for value . . . ; and . . . did not know and was reasonably without cause to believe that the property was subject to forfeiture." Although analysis of this argument is unnecessary given the court's conclusion above that Nicholas lacks standing, the court notes that there are no allegations in the petition that Nicholas gave anything of value for the alleged rights he acquired via the assignment.



property." 18 U.S.C. § 983(e)(1). However, the only parties entitled to notice of administrative civil forfeitures are those "who appear[ ] to have an interest in the seized article." 19 U.S.C. § 1607(a). Here, it is undisputed that at the time of the seizure and subsequent forfeiture, Nicholas had no legal interest in the money at issue, and Nicholas does not allege otherwise—rather, he acquired his rights and interest, if any, by way of the assignment, at least one month after the forfeiture had occurred. (Pet. ¶ 10.) Accordingly, the relevant statutory provision would not provide Nicholas, on his own behalf, with an avenue for relief, and, as further discussed above, because Nicholas lacks standing to maintain this action, the government's motion to dismiss is granted.

## V. Conclusion

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that respondents' motion to dismiss (Dkt. No. 5) is **GRANTED**; and it is further

**ORDERED** that Lucas' petition (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Memorandum-



Decision and Order to the parties.

**IT IS SO ORDERED.**

May 22, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court

OTSEGO COUNTY
CORRECTIONAL FACILITY
172 Co. Hwy. 33W
Cooperstown, NY 13326

**BAIL RECEIPT** - CPL 520.15 Sub. 2

3775

CASH BAIL $ 50,000 DATE: 1-13-11

Defendant: Nicholas, Lucas DOB: 983 Phone: 6239

Address: 196 Head Rd Worcester NY. 12197

Offenses: PL 221.30 Poss Mari Huana

Bail Posted By: Justin Lucas Phone: -6239

Address: 58 William T Hagerty Dr Vineyard Haven mass 02568

Employed By: Cedarfields Landscaping Address: West Tisbury Mass 02575

Next Appearance Date: 2-1-11 worcester Town court @ 1600

THE POSTING OF CASH BAIL IS WITH THE ASSURANCE OF THE OWNER OF SAID BAIL THAT THE DEFENDANT WILL APPEAR AS DIRECTED AT ALL TIMES AS REQUIRED BY THE COURT. ANY VIOLATION OF THIS AGREEMENT MAY CAUSE THE CASH BAIL TO BE FORFEITED AND A WARRANT TO BE ISSUED SECURING THE DEFENDANT. EFFECTIVE JUNE 12, 1991, PURSUANT TO AMENDMENT SECTION 99-M OF THE GENERAL MUNICIPAL LAW, THE COURT IS REQUIRED TO RETAIN BAIL POUNDAGE OF THREE PERCENT (3%) OF BAIL DEPOSITED WITH THE COURT.

Signed: [signature] Dated: 1-13-11

Officer: [signature] Dated: 1-13-11

A-13

**ASSIGNMENT**

**WHEREAS**, Justin Lucas, as assignor, sets forth as follows:

1. That on January 13, 2011, the assignor posted the sum of FIFTY THOUSAND AND 00/100 Dollars ($50,000) in United States Currency with the Otsego County Sheriff's Office (receipt attached) for purposes of bail on behalf of Nicholas Lucas, in the criminal case entitled *People v Nicholas Lucas (Otsego County, State of New York).*

2. That the assignor, to whatever extent interest in the $50,000 in US Currency is attributed to him, hereafter assigns any and all right, title or interest, legal and equitable, in said United States Currency and thereby assigns over any interest in said currency to **Nicholas Lucas**, as assignee, without limitation and for whatever purposes whatsoever.

Justin Lucas

Dated: July 25th, 2011

Subscribed and sworn to before me this 25th day of July, 2011 at Dukes County, Massachusetts.

Kristina Alexander
Notary Public

KRISTINA ALEXANDER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 7, 2012

A-14

LAW OFFICES

DENNIS B. SCHLENKER

174 WASHINGTON AVENUE
ALBANY, NEW YORK 12210

DENNIS B. SCHLENKER

TELEPHONE (518) 463-4473
FAX (518) 463-7926

August 3, 2011

**Via Certified Mail RRR**
Wayne P. Smith, Esq.
157 Barrett Street
Schenectady, New York 12305

Re: *People v Nicholas Lucas*

Dear Mr. Smith:

I enclose the original BAIL RECEIPT with respect to this matter as requested.

If you have any questions, please do not hesitate to contact me directly.

Very truly yours,

[signature]

Dennis B. Schlenker

DBS/mr
Enclosure

OTSEGO COUNTY
CORRECTIONAL FACILITY
172 Co. Hwy. 33W
Cooperstown, NY 13326

**BAIL RECEIPT** - CPL 520.15 Sub. 2

3775

CASH BAIL $ 50,000

Defendant: Nicholas, Lucas DATE: 1-13-11

Address: 196 Head Rd Worcester NY. 12197 DOB: . 1983 Phone: ( ... -6239

Offenses: PL 221.30 Poss Mari Huana

Bail Posted By: Justin Lucas

Address: 58 William T Hagerty Dr Vineyard Haven mass 02568 Phone: -6239

Employed By: Cobfields Landscaping Address: West Tisbury Mass 02575

Next Appearance Date: 2-1-11 Worcester Town Court @ 1600

THE POSTING OF CASH BAIL IS WITH THE ASSURANCE OF THE OWNER OF SAID BAIL THAT THE DEFENDANT WILL APPEAR AS DIRECTED AT ALL TIMES AS REQUIRED BY THE COURT. ANY VIOLATION OF THIS AGREEMENT MAY CAUSE THE CASH BAIL TO BE FORFEITED AND A WARRANT TO BE ISSUED SECURING THE DEFENDANT. EFFECTIVE JUNE 12, 1991, PURSUANT TO AMENDMENT SECTION 99-M OF THE GENERAL MUNICIPAL LAW, THE COURT IS REQUIRED TO RETAIN BAIL POUNDAGE OF THREE PERCENT (3%) OF BAIL DEPOSITED WITH THE COURT.

Signed: [signature]

A-15

WAYNE P. SMITH
ATTORNEY AND COUNSELLOR AT LAW
157 BARRETT STREET
SCHENECTADY, NEW YORK 12305

TELEPHONE: 518-393-1371 OR 518-393-3282
FAX: 518-393-6030
E-MAIL: wpsmith@empireone.net

September 16, 2011

Richard J. Devlin, Jr.
Otsego County Sheriff
172 County Highway 33W
Cooperstown, New York 13326

**Re: People v. Nicholas Lucas - Bail Issue**

Dear Sheriff Devlin:

Please be advised that the undersigned is the attorney for the above referenced Defendant presently incarcerated in your County Jail facing certain drug related charges.

Before I represented Mr. Lucas he was represented by attorney Michael Shultes, an attorney from Schoharie County, who had represented Nicholas in a bail proceeding before the Worcester Town Court. As I understand it, bail was ultimately set at $50,000 dollars and Nick's brother, Justin Lucas, came in from Martha's Vineyard in the Commonwealth of Massachusetts with cash bail in that regard. As I further understand it, when Justin Lucas appeared at the County Jail in order to post bail, Senior Investigator Ten Eyck appeared and took it upon himself to confiscate the cash that was to be used for the bail. However, Justin Lucas was given a bail receipt.

Thereafter, Justin Lucas sought legal counsel from Albany attorney Dennis B. Schlenker to find out if what Investigator Ten Eyck did was proper or not, and who also advised me that, after inquiry, his client had never been notified of any forfeiture proceeding. Because of the seriousness of the charges facing Nicholas Lucas, Justin Lucas was willing to assign the bail receipt to his brother in order to aid him in his criminal defense. I am enclosing a photocopy of this assignment dated July 25, 2011 together with attorney Schlenker's cover letter dated August 3, 2011 enclosing the bail receipt that was apparently given to Justin Lucas by officials at your jail.



My investigation of this entire matter leads me to believe that the money was taken from Justin Lucas without any legal basis either in fact or in law and Justin Lucas to my knowledge was never a target of any criminal investigation or a defendant in any proceeding involving Otsego County. In speaking with District Attorney John M. Muehl, he likewise indicated that he was not aware of any legal basis for the Sheriff's Office to have taken the money from Justin Lucas.

Accordingly, please accept this letter as a demand made on behalf of assignee, Nicholas Lucas, for the return of the $50,000 dollars cash that was supposed to be used for bail for Nicholas Lucas. I will be glad to appear personally with the original bail receipt and whatever other additional paperwork you may need in order to release this bail money to Nicholas Lucas and/or more particularly the undersigned as his attorney. Needless to say, since Nicholas Lucas was never released on bail, your failure to return such bail money will result in additional legal action taken in the appropriate State or Federal Court against the appropriate individuals in both their official as well as personal capacity.

Thank you for your attention to this matter and I will be standing by.

Very truly yours,

Wayne P. Smith

WPS/amp
Encls.
Cc: D.A. John M. Muehl, Esq.
Nicholas Lucas
Dennis B. Schlenker, Esq.

# OTSEGO COUNTY

## OFFICE OF THE SHERIFF

172 County Highway 33W
Cooperstown, New York 13326

607-547-4274
devlinr@otsegocounty.com

RICHARD J. DEVLIN, JR.
SHERIFF

Administration
607-547-4270

Civil Division
607-547-6451

Pistol Permits
607-547-6451

Criminal Division
607-547-4273

Corrections Division
607-547-4252

Fax Number
607-547-6413

September 19, 2011

Wayne P. Smith
Attorney at Law
157 Barrett Street
Schenectady, New York 12305

Dear Mr. Smith,

I am in receipt of your letter and request to turn over to you $50,000.00 in U.S. Currency that was posted as bail for Nicholas Lucas by Justin Lucas on January 13, 2011.

This money was seized as part of a narcotic investigation and was turned over to the U.S. Drug Enforcement Administration.

I would refer any inquiries to acting D-51 GS supervisor Joe KLIMEK @ 518 782-2024 if you have any questions.

Sincerely,

Richard J. Devlin, Jr.
Otsego County Sheriff

SUPPORT YOUR LOCAL SHERIFF'S OFFICE

A-18

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

****************************************

**NICHOLAS M. LUCAS, as Assignee of Justin Lucas,**

**Petitioner,**

**v.** **Civil No. 13-CV-855 (GLS/DEP)**

**UNITED STATES OF AMERICA and the DRUG ENFORCEMENT ADMINISTRATION, an agency of the United States of America,**

**Respondents.**

************************************************

| | |
|---|---|
| Motion By: | Richard S. Hartunian<br>United States Attorney<br>By: Gwendolyn E. Carroll<br>Assistant United States Attorney<br>Bar Roll No.: 515777 |
| Time and Place of Hearing: | Thursday, November 21, 2013 at 9:00 a.m. before Hon. Gary L. Sharpe, Chief Judge, Northern District of New York, at the United States District Courthouse in Albany, NY |
| Relief and Basis: | An Order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) granting Respondents' Motion to Dismiss the above captioned civil matter. |
| Supporting Papers: | Motion to Dismiss; Exhibits; Proposed Order |
| Dated: October 7, 2013 | Richard S. Hartunian<br>United States Attorney<br>By: Gwendolyn E. Carroll<br>Assistant United States Attorney<br>Bar Roll No.: 515777<br>100 South Clinton Street<br>Syracuse, New York 13261 |

A-19

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

*****************************************
**NICHOLAS M. LUCAS, as Assignee of
Justin Lucas,**

**Petitioner,**

**v.** **Civil No. 13-CV-855 (GLS/DEP)**

**UNITED STATES OF AMERICA and the
DRUG ENFORCEMENT ADMINISTRATION,
an agency of the United States of America,**

**Respondents.**
*************************************************

**RESPONDENTS' MOTION TO DISMISS**

Respondents, the United States of America and the Drug Enforcement Administration ("DEA") move to dismiss Petitioner's Complaint pursuant to rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure. Petitioner fails to establish the requisite ownership interest required to make this claim, and lacks Article III standing to bring this suit on behalf of a third party. Furthermore, Petitioner has failed to sufficiently allege an "injury in fact", and thus fails to state a claim upon which relief can be granted.

Respectfully submitted this 7th day of October, 2013.

UNITED STATES OF AMERICA
RICHARD S. HARTUNIAN

By: */s/ Gwendolyn E. Carroll*

Gwendolyn E. Carroll
Assistant U. S. Attorney
Bar Roll No. 515777



UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS M. LUCAS, as ASSIGNEE of JUSTIN LUCAS, | |
| Plaintiff, | |
| v. | Case No. 3:13-CV-0855(GLS/DEP) |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendant. | |

DECLARATION OF VICKI L. RASHID

1. I, Vicki L. Rashid, hereby declare that I am the Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

2. I affirm that, in the course of my official duties as Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.



3. I declare that material related to the property, which is the subject matter of the above-captioned action, is contained in one (1) file of my office and has been copied onto compact disc.

4. The file, captioned as DEA Case No. **C7-11-0035** and Asset Identification No. **11-DEA-542453**, contains the following information:

(a) Asset I.D. No. **11-DEA-542453** represents $50,080.00 U.S. Currency seized from Justin Lucas on January 13, 2011, in Cooperstown, New York. The DEA office in Albany, New York, subsequently prepared and submitted a forfeiture report to this office. An attorney or paralegal reviewed this report to determine if the DEA field office provided adequate information to support administrative forfeiture proceedings against the property. This process included a legal review of the evidence that existed to seize the $50,080.00 U.S. Currency. Based on this thorough review, the DEA accepted this case for administrative forfeiture.

(b) On February 18, 2011, pursuant to 19 United States Code (U.S.C.) § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Justin Lucas, 207 Grovners Corners Road, Cobleskill, NY 12043 (Exhibit 1). On February 28, 2011, the

notice was returned to DEA with the notation "RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD" (Exhibit 2).

(c) On February 18, 2011, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Justin Lucas, 2627 SE Main Street, Portland, OR 97214 (Exhibit 3). On March 2, 2011, the notice was returned to DEA with the notation "RETURNED TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD" (Exhibit 4).

(d) On February 18, 2011, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Nicholas Lucas, 5702 State Route 10, Cobleskill, NY 12043 (Exhibit 5). On February 28, 2011, the notice was returned to DEA with the notation "RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD" (Exhibit 6).

(e) On February 18, 2011, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Nicholas Lucas, 196 Head Road, Worchester, NY 12197 (Exhibit 7). On March 21, 2011, after three (3) delivery attempts, the U.S. Postal Service returned the notice stamped "RETURN TO SENDER, UNCLAIMED, UNABLE TO FORWARD" (Exhibit 8).

(f)   On February 18, 2011, pursuant to 19 U.S.C. §
1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of
this seizure by certified mail, return receipt requested, to
Michael Gray, 355 Hollenbeck Road, Worchester, NY 12197
(Exhibit 9).   On March 2, 2011, the notice was returned to DEA
with the notation "RETURN TO SENDER, NO MAIL RECEPTACLE"
(Exhibit 10).

(g)   Pursuant to 19 U.S.C. § 1607(a), the seizure of
the property was published in THE WALL STREET JOURNAL, a
newspaper of general circulation in the Northern District of New
York (Exhibit 11).   The notices were published once each week
for three successive Mondays:   March 7, 14, and 21, 2011.   The
published and mailed notices explained the option of filing a
claim with the DEA Forfeiture Counsel in order to contest the
forfeiture action in United States District Court.   Pursuant to
18 U.S.C. § 983(a), the published and mailed notices also stated
that the deadline to file a claim was March 25, 2011, or if the
mailed notice was not received, April 21, 2011.   In addition,
the published and mailed notices explained the option of filing
a petition for remission or mitigation.

(h)   After confirming his current address, on March
11, 2011, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. §
983(a), the DEA sent written notice of this seizure by first
class mail to Justin Lucas, 207 Grovners Corners Road,



Cobleskill, NY  12043 (Exhibit 12).  This notice provided Justin
Lucas until April 15, 2011, to file a claim.  On March 21, 2011,
the notice was returned to DEA with the notation "RETURN TO
SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD"
(Exhibit 13).

(i)  On March 11, 2011, pursuant to 19 U.S.C. §
1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of
this seizure by first class mail to Justin Lucas, 2627 SE Main
Street, Portland, OR  97214 (Exhibit 14).  This notice provided
Justin Lucas until April 15, 2011, to file a claim.

(j)  After confirming his current address, on March
11, 2011, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. §
983(a), the DEA sent written notice of this seizure by first
class mail to Nicholas Lucas, 5702 State Route 10, Cobleskill,
NY  12043 (Exhibit 15).  This notice provided Nicholas Lucas
until April 15, 2011, to file a claim.  On March 21, 2011, the
notice was returned to DEA with the notation "RETURN TO SENDER,
NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD" (Exhibit 16).

(k)  On March 11, 2011, pursuant to 19 U.S.C. §
1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of
this seizure by first class mail to Nicholas Lucas, 196 Head
Road, Worchester, NY  12197 (Exhibit 17).  This notice provided
Nicholas Lucas until April 15, 2011, to file a claim.

(l) After confirming his current address, on March 11, 2011, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by first class mail to Michael Gray, 355 Hollenbeck Road, Worchester, NY 12197 (Exhibit 18). This notice provided Michael Gray until April 15, 2011, to file a claim. On March 21, 2011, the notice was returned to DEA with the notation "RETURN TO SENDER, NO MAIL RECEPTABLE, UNABLE TO FORWARD" (Exhibit 19).

(m) On March 11, 2011, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Michael Gray, 107 Settlers Mountain Road, Cobleskill, NY 12043 (Exhibit 20). This notice provided Michael Gray until April 15, 2011, to file a claim. On March 14, 2011, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 21).

(n) On March 11, 2011, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by first class mail to Michael Gray, 107 Settlers Mountain Road, Cobleskill, NY 12043 (Exhibit 22). This notice provided Michael Gray until April 15, 2011, to file a claim. On March 23, 2011, the notice was returned to DEA with the notation "RETURNED TO SENDER, UNDELIVERABLE AS ADDRESSED, NO FORWARDING ORDER ON FILE" (Exhibit 23).

(o) On May 19, 2011, after there had not been any properly executed claim received, and after the time limit for filing said claim expired, the $50,080.00 U.S. Currency was forfeited to the United States pursuant to 19 U.S.C. § 1609 (Exhibit 24).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 2nd day of October 2013.

Vicki L. Rashid
Forfeiture Counsel
Asset Forfeiture Section (CCF)
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, VA 22134-1475

Attachments: Exhibits 1-24

cc: CCF chron
OML: LD'Orazio:__________: MKash:_______:10/01/2013
Document Name: 542453.dec, LR share drive

**CERTIFIED MAIL**

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
ASSET FORFEITURE SECTION
FORFEITURE COUNSEL
HQs FORFEITURE RESPONSE
P.O. BOX 1475
QUANTICO, VA 22134-1475

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

7010 0290 0003 5112 2489

UNITED STATES POSTAGE — PITNEY BOWES
U.S. OFFICIAL MAIL — PENALTY FOR PRIVATE USE $300
02 1M $ 05.54⁰
0004206586 FEB 18 2011
MAILED FROM ZIP CODE 22202

RECEIVED
ASSET FORFEITURE SECTION
2011 MAR -2 PM 12:00

X-Rayed
FEB 28 2011
DEA/Quantico

UTF #80

NIXIE 122 DE 1 00 02/24/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 22134147575 *1631-03167-18-42

Justin Lucas
207 Grovners Corners Road
Cobleskill, NY 12043

Case Number:
Property:
Asset Value:
Seizure Date
Seizure Place
Owner Name
Seized From
Judicial Dis

12043228381 4750

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 11-DEA-542453
Justin Lucas
207 Grovners Corners Road
Cobleskill, NY 12043
(C7)

11-542453-001

2. Article Number (Transfer from service label) 7010 0290 0003 5112 2489

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

1/21

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Justin Lucas
207 Grovners Corners Road
Cobleskill, NY 12043

7010 0290 0003 5112 2489

PS Form 3800, August 2006 See Reverse for Instructions

Exhibit 2



U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
ASSET FORFEITURE SECTION
FORFEITURE COUNSEL
HQs FORFEITURE RESPONSE
P.O. BOX 1475
QUANTICO, VA 22134-1475

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL

7010 0290 0003 5112 2496

UNITED STATES POSTAGE
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
02 1M
0004206586
$ 05.54
FEB 18 2011
MAILED FROM ZIP CODE 22202

2011 MAR -4 AM 11:29
FORFEITURE SECTION

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

X-Rayed
MAR 02 2011
DEA/Quantico

UTF

Justin Lucas
2627 SE Main Street
Portland, OR 97214

Case Number:
Property:
Asset Value:
Seizure Date:
Seizure Place:
Owner Name:
Seized From:
Judicial District:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 11-DEA-542453
Justin Lucas
2627 SE Main Street
Portland, OR 97214

(C7)

11-542453-002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from) 7010 0290 0003 5112 2496

1/21

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Justin Lucas
2627 SE Main Street
Portland, OR 97214

7010 0290 0003 5112 2496

PS Form 3800, August 2006 See Reverse for Instructions

Exhibit 4

A-30



CERTIFIED MAIL

7010 0290 0003 5112 2502

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
ASSET FORFEITURE SECTION
FORFEITURE COUNSEL
HQs FORFEITURE RESPONSE
P.O. BOX 1475
QUANTICO, VA 22134-1475

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

UNITED STATES POSTAGE
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
02 1M $ 05.540
0004206586 FEB18 2011
MAILED FROM ZIP CODE 22202

X-Rayed
FEB 28 2011
DEA/Quantico

ASSET FORFEITURE RECORDS
2011 MAR -2 PM 12:00

Nicholas Lucas
5702 State Route 10
Cobleskill, NY 12043

Case Number:
Property:
Asset Value:
Seizure
Seizure
Owner N
Seized F
Judicial

NIXIE 122 DE 1 02/24/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 22134147575 *1631-03165-18-42

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Asset ID: 11-DEA-[illegible]
Nicholas Lucas
5702 State Route 10
Cobleskill, NY 12043

(C1)

11-542453-003

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7010 0290 0003 5112 2502

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7010 0290 0003 5112 2502

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Nicholas Lucas
5702 State Route 10
Cobleskill, NY 12043

PS Form 3800, August 2006 — See Reverse for Instructions

A-31

Exhibit 6



U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
ASSET FORFEITURE SECTION
FORFEITURE COUNSEL
HQs FORFEITURE RESPONSE
P.O. BOX 1475
QUANTICO, VA 22134-1475

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL

7010 0290 0003 5112 1543

UNITED STATES POSTAGE
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
02 1M
0004206558
$ 05.54⁰
FEB 18 2011
MAILED FROM ZIP CODE 22202

X-Rayed
(96) MAR 21 2011
DEA/Quantico
MAR 23 AM
1ST NOTICE
2ND NOTICE
RETURNED

Nicholas Lucas
196 Head Road
Worchester, NY 12197

Case Number:
Property:
Asset Value:
Seizure Date:
Seizure Place:
Owner Name:
Seized From:
Judicial D

NIXIE 122 DE 1 00 03/17/11
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 22134147575 *1631-03164-19-42

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Asset ID: 11-DEA-542453
Nicholas Lucas
196 Head Road
Worchester, NY 12197

(C7)

11-542453-004

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7010 0290 0003 5112 1543

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

To: Nicholas Lucas
196 Head Road
Worchester, NY 12197

7010 0290 0003 5112 1543

PS Form 3800, August 2006 — See Reverse for Instructions

A-32

Exhibit 8

# LEGAL NOTICE
# ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a vi[illegible] a petition for remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulati[illegible] sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, 8701 Morrissette Drive, Springfield, Virginia 22152. In addition to, or in lieu of petitioning for remission or mitigation, a person may co[illegible] the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeit[illegible] Forfeiture Counsel, Asset Forfeiture Section, when received by the DEA at either of the addresses noted above. Submissions by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessari[illegible] mean that they are the target of DEA investigations or other activities.

**FIRST NOTICE**
**LAST DATE TO FILE APRIL 21, 2011**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**MIDDLE DISTRICT OF ALABAMA**
11-DEA-542540, 2004 Cadillac Escalade, 1GYEC63T24R143243, Dothan, AL, Harriel Jermaine Wigham 01/28/11
11-DEA-542547, 2007 Chevrolet Avalanche, 3GNEC12007G226312, Dothan, AL, Robert Walden 01/28/11
**NORTHERN DISTRICT OF ALABAMA**
11-DEA-542421, 2003 Dodge Ram 3500 SLT Truck, 3D7MA48DX3G858370, Center Point, AL, Henry Green AKA Henry J. Green Jr. 01/25/11
11-DEA-542675, $4,990.00 U.S. Currency, Hoover, AL, David L. Lewis 01/28/11
**SOUTHERN DISTRICT OF ALABAMA**
11-DEA-542571, $14,920.00 U.S. Currency, Baldwin County, AL, Anthony Wayne Silva Jr. AKA Tracon Silva 01/25/11
**DISTRICT OF ARIZONA**
11-DEA-542665, Lorcin L-380 Semi-Auto Pistol, VL: $40.00, Ser No 543608, Phoenix, AZ, Viviano Hernandez-Caltero AKA Dennis Hernandez 01/30/11
11-DEA-542695, $31,900.00 U.S. Currency, Phoenix, AZ, Dwight Grant 01/31/11
11-DEA-542749, $20,000.00 U.S. Currency, Phoenix, AZ, Terrell A. Thurmond 02/03/11
**CENTRAL DISTRICT OF CALIFORNIA**
10-DEA-527497, $208,304.00 U.S. Currency, Los Angeles, CA, Jose Chavez Garcia and Jesus Octavio Renteria AKA Jesus Octavio Arce Renteria 02/03/10
10-DEA-527654, $21,000.00 U.S. Currency, Los Angeles, CA, Thomas Zesati 01/30/10
10-DEA-527658, $490.00 U.S. Currency, Los Angeles, CA, Thomas Zesati 01/30/10
10-DEA-535447, $60,000.00 U.S. Currency and $67.26 Accrued Interest, Ontario, CA, Alfredo Arechiga AKA Alfred Arechiga and Santino John Montoya 08/05/10
11-DEA-542238, $154,080.00 U.S. Currency, Lynwood, CA, Michelle Arlene Romo 01/26/11
11-DEA-542479, $19,811.61 U.S. Currency, Los Angeles, CA, Thomas Zesati 02/01/11
11-DEA-542584, $308,888.00 U.S. Currency, Hesperia, CA, Jose Luis Villasenor 02/01/11
11-DEA-542664, $63,000.00 U.S. Currency, Los Angeles, CA, Armando Gonzalez 02/01/11
11-DEA-542671, $7,028.00 U.S. Currency, Los Angeles, CA, Mario Vargas 02/01/11
11-DEA-542677, $846.00 U.S. Currency, Los Angeles, CA, Margarito Vargas 02/01/11
11-DEA-542678, $8,400.00 U.S. Currency, Los Angeles, CA, Marlena Alvarez and Albaro Vargas and Margarito Vargas 02/01/11
11-DEA-542679, $14,658.00 U.S. Currency, Los Angeles, CA, Marlena Alvarez and Albaro Vargas and Margarito Vargas 02/01/11
11-DEA-542693, 2007 Toyota Camry, 4T1BE46K57U555532, Hesperia, CA, Jose Luis Villasenor 02/01/11
11-DEA-542703, 2007 Chevrolet Avalanche, 3GNEC12027G315993, Hesperia, CA, Jose Luis Villasenor 02/01/11
11-DEA-542709, (4) Assorted Jewelry, VL: $22,000.00, (1) 18kt Yellow Gold gent's diamond band, 33 princess cut diamonds; (1) 14kt Yellow Gold chain with 14kt yellow gold round pendant with diamonds and Rolex logo; (1) 14kt White Gold diamond gent's ring. Approx. 1.50ct in princess cut diamond stones; (1) 18kt Yellow Gold gent's Presidential Rolex Oyster Perpetua watch w/diamond bezel & band, Hesperia, CA, Jose Luis Villasenor 02/01/11
11-DEA-542726, 1962 Chevrolet Impala SS, 21867A117356, Hesperia, CA, Rigoberto Villasenor AKA Robert Villasenor 02/01/11
11-DEA-542754, $64,475.00 U.S. Currency, Los Angeles, CA, Delelca K. McEachron AKA Taneisha Samantha Harris 02/07/11
11-DEA-542755, $10,371.00 U.S. Currency, Los Angeles, CA, Dashawn Aaron Wallace 02/09/11
11-DEA-542824, $13,494.00 U.S. Currency, Fontana, CA, Arturo Villapando Saucedo AKA Jesus Cedilla Munoz AKA Jesus Santos AKA Arturo Saucedo AKA Arturo Villalpan Saucedo AKA Arturo Villalpando Saucedo AKA Arturo Saucedo Villalpando AKA Arturo Villapando AKA Arturo Saucedo Villapando 02/10/11
11-DEA-542878, 2002 Chevrolet Camaro, 2G1FP22GX22132320, Los Angeles, CA, Anthony Rafael Lara AKA Anthony R. Lara 02/01/11
**DISTRICT OF CONNECTICUT**
11-DEA-541669, $22,000.00 U.S. Currency, Hartford, CT, Cesar L. Vasquez 12/22/10
11-DEA-541679, $30,646.25 U.S. Currency, Hartford, CT, Jose M. Colon 12/22/10
11-DEA-541691, $3,495.00 U.S. Currency, Hartford, CT, Neftaly Arroyo 12/22/10
**DISTRICT OF COLUMBIA**
11-DEA-542458, $23,451.00 U.S. Currency, Washington, DC, Monte Desmond Joyner AKA Monte Desmond Joyner and Morris Roshall Vereen AKA Morris Roshall AKA Morris Roshall Vereen Jr. AKA Lawrence Vereen AKA Maurice Vereen AKA Mo Vereen AKA Moe Vereen AKA Morris Rashall Vereen 01/14/11
**DISTRICT OF DELAWARE**
11-DEA-542854, $12,660.00 U.S. Currency, Newark, DE, Shawn A. Tomlinson 01/12/11
**NORTHERN DISTRICT OF FLORIDA**
11-DEA-542330, $110,000.00 U.S. Currency, Niceville, [illegible]
NC, Sykevius Johnlae Thomas 01/26/11
11-DEA-542621, 2001 Peterbilt 379 Tractor, 1XP5DB9X91D487469, Candler, NC, Adolfo Reyna-Aguilar 02/01/11
11-DEA-542623, 2000 Wabash 53' Refrigerated Trailer, 1JJV532W1YL640150, Candler, NC, Adolfo Reyna-Aguilar 02/01/11
11-DEA-542832, $1,990.00 U.S. Currency, Charlotte, NC, Shaheed Hassan Muslim 01/26/11
**DISTRICT OF NEBRASKA**
11-DEA-542011, $3,940.00 U.S. Currency, Lincoln, NE, A Juvenile 01/24/11
**DISTRICT OF NEW JERSEY**
11-DEA-542758, $199,294.00 U.S. Currency, Newark, NJ, Manuel Alfredo Portillo AKA Alfredo Manuel Portillo 01/21/11
**DISTRICT OF NEW MEXICO**
11-DEA-542087, 2003 Chevrolet Avalanche, 3GNEK13T43G119933, Vaughn, NM, Jose Camacho-Perez 02/11/11
11-DEA-542090, $14,500.00 U.S. Currency, Vaughn, NM, Jose Camacho-Perez 02/11/11
**DISTRICT OF NEVADA**
11-DEA-541589, 2006 Jeep Grand Cherokee Laredo, 1J8GR48K96C330964, Mesquite, NV, Abel Joseph Dalmolin 12/16/10
11-DEA-542498, $25,465.00 U.S. Currency, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542613, Beretta 92FS, 9mm Handgun, VL: $275.00, Ser No BER266603Z, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542614, Bryco M-38, .380 Handgun, VL: $30.00, Ser No 1329124, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542615, Jennings J-22, .22 caliber handgun, VL: $30.00, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542617, Smith & Wesson 13-3, .357 Revolver with Silencer, VL: $150.00, Ser No 26266, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542670, $12,200.00 U.S. Currency, Reno, NV, Chris Leblanc 01/25/11
11-DEA-542676, $12,750.00 U.S. Currency, Reno, NV, Ryson Zettlemoyer 02/01/11
11-DEA-542710, $2,570.00 U.S. Currency, Las Vegas, NV, Julio Alfonso Magallanes Prado AKA Alejandro Caballero AKA Alfonso Sarabia 02/02/11
11-DEA-542793, $26,000.00 U.S. Currency, Hawthorne, NV, Alhakam M. Abbasi 01/31/11
**EASTERN DISTRICT OF NEW YORK**
11-DEA-541578, Astoria Federal Savings Bank, Official Check #439532, VL: $2,800.00, New York, NY, Leonard Rosenfeld 12/10/10
11-DEA-541675, Chase Bank, Cashier's Check #9784904547, VL: $5,000.00, New York, NY, Melanie Taxin 12/10/10
11-DEA-542296, 2004 Chrysler Town and Country, 2C8GT54L94R578499, Long Island City, NY, Raul Emilio Polanco AKA Rafael Pena 12/21/10
11-DEA-542757, $195,046.00 U.S. Currency, Queens, NY, Michael A. Arango AKA Michael A. Sanchez AKA Michael Arango Sanchez 01/21/11
**NORTHERN DISTRICT OF NEW YORK**
11-DEA-542128, 2005 Dodge Ram 2500 Pick up, 3D7KS28C25G707316, Worchester, NY, Carey Glover 01/07/11
11-DEA-542145, 2010 Interstate Trailer Enclosed, 4RACS1629AN072323, Worchester, NY, Carey Glover 01/07/11
11-DEA-542146, 2005 American Ironhorse Custom Chopper, 5L5SC155751000481, Worchester, NY, Carey Glover 01/07/11
11-DEA-542147, $99,571.00 U.S. Currency, Worchester, NY, Carey Glover 01/07/11
11-DEA-542439, $4,000.00 U.S. Currency, Latham, NY, Jeremy W. Vanwormer 01/14/11
11-DEA-542453, $50,060.00 U.S. Currency, Cooperstown, NY, Justin Lucas 01/13/11
11-DEA-542473, $3,777.00 U.S. Currency, Schenectady, NY, Demetrius S. Howard and Ronald T. Johnson 01/13/11
11-DEA-542574, $11,800.00 U.S. Currency in Safe Deposit Box #68, Key Bank, Plattsburgh, NY, Dung T. Nguyen 12/30/10
**SOUTHERN DISTRICT OF NEW YORK**
11-DEA-539073, $38,723.00 U.S. Currency, New York, NY, Rafael Pratt and Rafael Fratt 11/08/10
11-DEA-541383, $5,109.00 U.S. Currency, New York, NY, Alvin Aviles 01/04/11
11-DEA-541877, $33,208.00 U.S. Currency, Hillburn, NY, Dunstan D. Foote and Deborah H. Griffith 01/13/11
11-DEA-541880, $13,000.00 U.S. Currency, Pomona, NY, Patrick G. Thomas 01/13/11
11-DEA-542391, $3,945.00 U.S. Currency, Bronx, NY, Juan Quezada 02/01/11
11-DEA-542567, $334,175.00 U.S. Currency, New York, NY, Jorge L. Correa 02/02/11
**WESTERN DISTRICT OF NEW YORK**
11-DEA-542383, $11,240.00 U.S. Currency, Tonawanda, NY, Andrew A. Powell AKA Kevin Powell 01/28/11
11-DEA-542511, $4,786.00 U.S. Currency, Angola, NY, Michael J. Mills 01/27/11
11-DEA-542578, $18,310.00 U.S. Currency, Hamburg, NY, Daniel J. Bloom 02/07/11
11-DEA-542591, Glock 30 .45 Caliber Handgun, VL: $1.00, Ser No CKE209US, Rochester, NY, Joseph Mitchell 01/26/11
11-DEA-542638, 2004 Dodge Durango, [illegible]
3GNEC12018G207429, Houston, TX, Jonatan Magana Penaloza 02/03/11
**WESTERN DISTRICT OF TEXAS**
11-DEA-542618, $9,503.70 U.S. Currency, El Paso, TX, Thomas Aldama AKA Ramon Arturo Lopez and Lucia Dominguez 02/01/11
11-DEA-542769, $4,332.00 U.S. Currency, Midland, TX, Bobby Joe Lea AKA Rooster 02/02/11
11-DEA-542780, $2,247.00 U.S. Currency, Midland, TX, Lester Young Jr. 02/02/11
11-DEA-542811, 1996 Chevrolet Caprice Classic/Impala SS, 1G1BL52P8TR179324, Midland, TX, Martin Martinez Minjarez Jr. AKA Martin Minjarez Jr. 02/02/11
**DISTRICT OF UTAH**
11-DEA-542444, 2004 GMC Yukon, 1GKEK13Z84J183605, Salt Lake City, UT, Juan Francisco Perez-Delgado 01/27/11
**EASTERN DISTRICT OF VIRGINIA**
11-DEA-542400, $3,433.00 U.S. Currency, Highland Springs, VA, Kenbert Johnson 01/28/11
**WESTERN DISTRICT OF VIRGINIA**
11-DEA-542346, $119,030.00 U.S Currency, Edinburg, VA, Jonte Dejuan Hamilton AKA Jontee D. Hamilton and Mosconi Crutchfield and David Alexander Wright AKA Harold B Hickman AKA David Robinson AKA David Alex Wright AKA David As Wright 01/13/11
**WESTERN DISTRICT OF WASHINGTON**
11-DEA-542548, (205) Assorted Marijuana Grow Equipment, VL: $15,555.03, (9) 1000 Watt Standard Metal Halide Bulbs; (2) Light Tracks; (6) 1000 Watt Horizontal MH Light Bulbs; (43) 1000 Watt HPS Digital Bulbs; (18) Electromechanical Timers; (11) Clip on Fan 6 Inch; (2) Max Fans 8 Inch; (5) Can Fans; (8) C.A.P. Master Light Controllers; (46) Lumatek Light Ballasts; (2) Carbon Pre-Filter; (5) Charcoal Filter; (46) Master B Supreme Reflector; (1) Aqua Submersible Pump; (1) Power Deverter Supplies; (1) 200 AMP Electrical Panel, Vancouver, WA, Chang Jo U 01/21/11
**EASTERN DISTRICT OF WISCONSIN**
11-DEA-542773, $7,602.00 U.S. Currency, Milwaukee, WI, Donovan Prentice Hunter 02/07/11
**WESTERN DISTRICT OF WISCONSIN**
11-DEA-542520, $1,242.87 U.S. Currency, Barneveld, WI, Lance Herschel Ramer 01/06/11

**SECOND NOTICE**
**LAST DATE TO FILE APRIL 14, 2011**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**NORTHERN DISTRICT OF ALABAMA**
11-DEA-542409, $88,830.00 U.S. Currency, Tuscaloosa, AL, Tai Huu Tran 02/01/11
**WESTERN DISTRICT OF ARKANSAS**
11-DEA-542267, $14,517.00 U.S. Currency, Springdale, AR, Jefferson Earl White 01/25/11
**DISTRICT OF ARIZONA**
11-DEA-541818, 1984 Dorsey 45' Dry Trailer, 1DTP30W2XEA167778, Yuma, AZ, Maria B. Acosta Pinela 12/15/10
11-DEA-541822, 2006 Manac 43' Flatbed Trailer, 5MC2226226P006048, Yuma, AZ, Maria B. Acosta Pinela 12/15/10
11-DEA-541828, 1998 Hyundai 48' Trailer, 3H3V482C2WT019003, Yuma, AZ, Maria B. Acosta Pinela 12/15/10
11-DEA-541829, 1998 Lufkin 53' Trailer, 1L01A5326W1134866, Yuma, AZ, Maria B. Acosta Pinela 12/15/10
11-DEA-541837, 1997 Jelco 48' Flatbed Trailer, 5JNF48200VH000783, Yuma, AZ, Maria B. Acosta Pinela 12/15/10
11-DEA-541839, 1999 Freightliner Tractor, 1FUYDDYB9XP940215, Yuma, AZ, Maria B. Acosta Pinela 12/16/10
11-DEA-542191, $14,950.00 U.S. Currency, Phoenix, AZ, Mario Shawndal Gibbs 01/12/11
11-DEA-542345, Assorted Jewelry, VL: $24,863.00, (1) 14K gold double shank promise ring weighing 2.2gr w/1pt diamond; (1) Plated costume toe ring with a 3mm rhinestone; (1) 10K gold ladies initial "P" ring weighing 1.8gr; (1) 14K gold ladies heart ring weighing 1.2gr with a half point diamond; (1) 14K gold ladies solitaire ring weighing 6gr w/a 1.14ct pear shaped diamond & 6 diamon, Ser No COA: IGI 33451999; (1) 14K gold two-finger ring weighing 10.6gr with the name Guero in white gold; (1) Ladies sterling silver ring weighing 8.4gr with a pear shaped light amethyst; (1) 14K gold heart ring with initial "H" weighing 2 gr; (1) 14K gold ladies ring weight 3.4gr with a pear shaped amethyst & 6 diamonds; (1) Five sterling silver 6mm adjustable bangle bracelets, matched; (1) A pair of 10K two-tone 50mm hollow hoop earrings weighing 12.3gr made in Mexico; (1) A pair of 40mm yellow plate costume earrings with dangle chains & letter "G"; (1) 14K gold name pendant "HORTENCIA" weighing 7.7gr; (1) 10K gold pair of 6mm hollow hoop earrings weight 3.5gr; (1) 14K gold pair of 10mm hoop earrings weighing 4.1gr; (1) A pair of yellow plated costume 2mm square hoop earrings; (1) A pair of 14K two-tone diamond hoop earrings weighing 6.2gr with 14 total diamonds; (1) A pair of costume heart earrings with 10 - 1.5mm round rhinestones; (1) A pair of plated stud earrings with 8mm round rhinestones; (1) A pair of yellow plated ear piercing studs; (1) A single hollow hoop 10K gold earring weighing 1.4gr, made in Mexico; (1) [illegible] Guess D.G. watch with CZ bezel, (1) Gent's stainless steel two-tone Wittnauer watch with diamond bezel, Ser No CS52367; (1) [illegible]
AKA La-Mel Lynch AKA Lamal Lynch AKA Lamel Leon Lynch AKA Larry L. Lynch AKA Tyrone Milton Lynch AKA Lynwood Payne AKA Raymond Linwood Payne AKA Anthony Smith AKA Lamel Smith AKA David Neal Stanton AKA Clarence Walker 01/24/11
11-DEA-542673, $5,083.00 U.S. Currency, Washington, DC, Gareth Darren Jones AKA Darren Gareth AKA Garreth D. Jones AKA Garrett Darren Jones AKA Gary Jones Jones 01/14/11
**MIDDLE DISTRICT OF FLORIDA**
11-DEA-541660, $33,940.00 U.S. Currency, Lutz, FL, Jonathan Joshua Sandoval 01/12/11
11-DEA-541661, $29,880.00 U.S. Currency, Lutz, FL, Eddie Carl McCluster III and Daniel Joseph Paloscio and Marcus Rashaun McCluster 01/06/11
**NORTHERN DISTRICT OF FLORIDA**
11-DEA-542026, $6,370.00 U.S. Currency, Cottondale, FL, Michael James Brazwell 01/24/11
11-DEA-542211, $29,634.00 U.S. Currency, Gainesville, FL, Christopher Lemane Woods 01/25/11
**SOUTHERN DISTRICT OF FLORIDA**
11-DEA-541873, 2005 Ford F350 Super Duty Truck, 1FTWW31PX5EB28704, Miami, FL, Lazaro Felipe Garcia 12/17/10
11-DEA-541874, 2010 35' Renegade Powerboat w/Trailer, (1) 2010 35' Renegade Powerboat w/ Trailer, Ser No OSOA3513C010; (1) 2009 35' All American Trailer, Ser No 1A9BB38339F714075, Miami, FL, Yoel Folo and Yulelsy Acosta 12/17/10
11-DEA-541878, 2005 27' Blackhawk Marine Open Fisherman w/Trailer, Ser No ITO25011F505, (1) 2005 27' Blackhawk Marine Open Fisherman, Ser No ITO25011F505; (1) 2000 27' Continental Trailer, Ser No 1ZJBA2531YM004663; (1) 2005 Yamaha 4-Stroke Series Outboard Motor, Ser No X1038399; (1) 2005 Yamaha 4-Stroke Series Outboard Motor, Ser No X1004064, Medley, FL, Alcides Almaguer 12/17/10
11-DEA-542005, 2000 Ford F-250 Super Duty Truck, 1FTNW21F9YEA72414, Miami, FL, Raul Perez-Gomez 12/17/10
11-DEA-542294, 2004 Porsche Cayenne S, WP1AB29P14LA66764, Miami, FL, Latoya Denise Williams AKA Creama 01/18/11
11-DEA-542395, 2006 29' Ocean Runner Vessel w/Trailer, (1) 2006 29' Ocean Runner Vessel, Ser No BPR29011B606; (1) 2006 Real Extreme Trailer, Ser No 1E9BB30296U322644, Miami, FL, Yoel Folo 12/17/10
11-DEA-542398, (14) Assorted Fishing Equipment, VL: $5,024.88, (2) Penn International Big Game Reels; (2) Penn International V Stand-Up Rods; (2) Shimano Tiagra Conventional 2-Speed Saltwater Reels; (2) Stuart Roller Trolling Rods; (1) Penn 113H/114H Senator Reel/Slammer Rod Combo; (4) Magibraid Spectra Fishing Line; (1) Berkley Trilene Big Game Line, Miami, FL, Yoel Folo and Yulelsy Acosta 12/17/10
11-DEA-542412, 2006 Lincoln Navigator SUV, 5LMFU27526LJ01083, Miami, FL, Ignacio Avila and Mailyn Curbelo 12/22/10
11-DEA-542430, 2004 Dodge Ram 2500 Quad Pickup Truck, 3D7KA28C74G240704, Miami, FL, Alfredo De Jesus Curbelo 12/22/10
11-DEA-542440, (4) Assorted Jewelry, VL: $49,825.00, (1) Gent's Stainless Steel and 18kt Gold Diamond Submariner Oyster Rolex Watch, Ser No 3 6037640; (1) Gent's 14kt White Gold Diamond Bracelet; (1) Gent's 18kt White Gold Diamond Chain and Diamond Cross; (1) Gent's 18kt Yellow Gold Diamond Bracelet, Miami, FL, Candido G. Sanchez 01/12/11
**MIDDLE DISTRICT OF GEORGIA**
11-DEA-541809, $6,695.00 U.S. Currency, Pinehurst, GA, Vicente Bustos Camacho 01/06/11
**NORTHERN DISTRICT OF GEORGIA**
11-DEA-542417, $2,145.25 U.S. Currency, Atlanta, GA, Jose Luis Martinez-Grijalva AKA El Grande 01/30/11
**SOUTHERN DISTRICT OF GEORGIA**
11-DEA-542217, $40,000.00 U.S. Currency, Woodbine, GA, Bernabe Abelardo Sanchez-Salazar 01/20/11
**NORTHERN DISTRICT OF IOWA**
11-DEA-541956, 2001 Chevy Tahoe, 1GNEK13T31R122027, Sioux City, IA, William James Thompson 01/18/11
11-DEA-541961, $4,000.00 U.S. Currency, Sioux City, IA, Marcie Derion 01/18/11
11-DEA-542174, 1999 Mercedes Benz S500, WDBGA51G6YA385588, Sioux City, IA, Stephen Lamont Shine AKA Stevie Shine 01/21/11
11-DEA-542219, $5,623.00 U.S. Currency, Sioux City, IA, Stephen Lamont Shine AKA Stevie Shine 01/21/11
**CENTRAL DISTRICT OF ILLINOIS**
11-DEA-542307, $86,143.00 U.S. Currency, Decatur, IL, John L. Tyus AKA Tyson Smith 01/21/11
**NORTHERN DISTRICT OF ILLINOIS**
11-DEA-541611, $280,476.00 U.S. Currency, Berwyn, IL, Blanca Hinojosa 01/14/11
11-DEA-542006, $205,830.00 U.S. Currency, Chicago, IL, Elizabeth Chavez 01/19/11
11-DEA-542008, $143,170.00 U.S. Currency, Chicago, IL, Elizabeth Chavez 01/19/11
11-DEA-542009, $105,444.00 U.S. Cur[illegible] IL, Victor Yobani Adan-Albarran 01/19/[illegible]
11-DEA-542010, $16,087.00 U.S. Cur[illegible] IL, Heliodoro Araujo-Gutierrez 01/19/11
11-DEA-542249, $19,400.00 U.S. Cur[illegible] [illegible] Cesar Moreno-Adame 01/25/11
11-DEA-542256, $4,635.00 U.S. Currency, Rockford, [illegible] V. Sandine 01/05/11
11-DEA-542343, $272,020.00 U.S. Currency, Chicago, [illegible]
MO, Joseph Philip Batlan 01/19/11
11-DEA-542502, $15,200.00 U.S. Currency, Ballwin, MO, Lisa Morrow-McBride 01/28/11
**SOUTHERN DISTRICT OF MISSISSIPPI**
11-DEA-542095, $24,820.00 U.S. Currency, Biloxi, MS, Dennis R. Thomas 01/04/11
11-DEA-542098, $1,350.00 U.S. Currency, Biloxi, MS, Andrew Lodge 01/04/11
**EASTERN DISTRICT OF NORTH CAROLINA**
11-DEA-542222, $2,750.00 U.S. Currency, Whiteville, NC, James Gornious Riggins 01/13/11
11-DEA-542285, $5,298.00 U.S. Currency, Wilson, NC, Kenneth Ray Canady 01/24/11
11-DEA-542369, $9,325.00 U.S. Currency, Knightdale, NC, Jimmy Christopher Jackson 01/24/11
11-DEA-542373, $10,000.00 U.S. Currency, Wilson, NC, Linda Houston 01/21/11
11-DEA-542523, $5,000.00 U.S. Currency, Rowland, NC, Valente Lopez-Rodriguez and Rumaldo Lopez-Benitez 12/19/10
**MIDDLE DISTRICT OF NORTH CAROLINA**
11-DEA-542302, $2,506.00 U.S. Currency, Chapel Hill, NC, Jason Clint Hearn 01/20/11
11-DEA-542311, $7,039.00 U.S. Currency, Greensboro, NC, Richard Thomas Wisniewski and Carla Lynn Sieber 01/26/11
11-DEA-542318, $2,730.00 U.S. Currency, Chapel Hill, NC, Amy Alice Yang and Jake Jacinto Rubio 01/20/11
11-DEA-542347, $294,810.00 U.S. Currency, Greensboro, NC, Thomas Grandville Alston and Patrick Tremayne Alston 01/25/11
**DISTRICT OF NEBRASKA**
11-DEA-542060, 2000 Coachmen Leprechaun M-313QB, 1FDXE40S8XHB83766, Lancaster County, NE, Nicholas Cilsta 01/24/11
**DISTRICT OF NEW JERSEY**
11-DEA-541495, $190,020.00 U.S. Currency, Clifton, NJ, Adrian R. Sanchez AKA Danny R. Carvalho 01/06/11
11-DEA-542115, 2009 Dodge Ram 1500, 1D3HB16K99J512334, Hamilton Township, NJ, Ross John Brudereck 01/06/11
**DISTRICT OF NEW MEXICO**
11-DEA-541870, $20,869.00 U.S. Currency, Albuquerque, NM, Fredy Lopez-Salazar and Jesus Ramon Lopez-Zain 02/11/11
11-DEA-542142, 2002 Nissan Maxima, JN1DA31D92T425433, Grants, NM, Francisco Javier Sotelo-Castro 01/22/11
**DISTRICT OF NEVADA**
11-DEA-542250, $22,180.00 U.S. Currency, Reno, NV, Carmen Renee Nash 01/18/11
11-DEA-542257, $12,330.00 U.S. Currency, Reno, NV, Adam Thomas Kuzria 01/25/11
11-DEA-542264, $37,300.00 U.S. Currency, Reno, NV, Lee C. Jones 01/26/11
11-DEA-542268, $13,000.00 U.S. Currency, Winnemucca, NV, Brian Keith Garner 01/18/11
**EASTERN DISTRICT OF NEW YORK**
11-DEA-541034, $290,240.00 U.S. Currency, East Elmhurst, NY, David Jaime DeJesus -Carvajal and Jaime A. Carvajal 12/17/10
11-DEA-542126, $44,550.00 U.S. Currency, Jamaica, NY, Julianetta Maldonado-Amaro 01/24/11
11-DEA-542263, $17,344.00 U.S. Currency, Ridgewood, NY, Jeremy Guzman 01/10/11
11-DEA-542361, $8,985.00 U.S. Currency, Medford, NY, John Ragusa III 01/10/11
11-DEA-542374, $33,340.00 U.S. Currency, Bethpage, NY, John Caggiano 01/10/11
**NORTHERN DISTRICT OF NEW YORK**
11-DEA-542244, 2006 Lincoln Zephyr, 3LNHM26176R617393, Utica, NY, Idriz Binaku 01/26/11
11-DEA-542464, $4,912.00 U.S. Currency, Syracuse, NY, Angel Cirino 02/02/11
**SOUTHERN DISTRICT OF NEW YORK**
11-DEA-541063, $29,937.00 U.S. Currency, Bronx, NY, Adrian Barroso and Juan Paulino 12/15/10
11-DEA-541064, $254,071.00 U.S. Currency, Bronx, NY, Liza Rodriguez-Munoz AKA Lisa Rodriguez 12/17/10
11-DEA-541081, 2001 Acura TL, 19UUA56X1A030028, Bronx, NY, Adrian Barroso 12/15/10
11-DEA-541381, $3,809.00 U.S. Currency, New York, NY, Jose Perez 01/04/11
11-DEA-541382, $33,616.00 U.S. Currency, New York, NY, Irving Sanchez 01/04/11
11-DEA-542220, $2,000.00 U.S. Currency, Bronx, NY, Geraldine Garcia 01/25/11
11-DEA-542485, $108,100.00 U.S. Currency, Bronx, NY, Israel Ayala 01/31/11
11-DEA-542486, $11,000.00 U.S. Currency, Bronx, NY, Israel Ayala 01/31/11
**WESTERN DISTRICT OF NEW YORK**
11-DEA-542136, $520,420.00 U.S. Currency, Rochester, NY, Joseph Mitchell 01/26/11
11-DEA-542337, $2,108.00 U.S. Currency, Buffalo, NY, Willard C. Jefferson 01/27/11
[illegible]
11-DEA-541902, U.S. Postal Service Postal Money Order, Serial #18476314431, VL: $300.00, Ironton, OH, Ralph Edwin Justice AKA Ralph E. Justic AKA Ed Justice AKA Ralph Justice AKA Ralph E. Justice

Exhibit 11

# LEGAL NOTICE
# ATTENTION

property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file ... Section, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. Correspondence ... Enforcement Administration, 8701 Morrissette Drive, Springfield, Virginia 22152. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with ... filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence shall be deemed filed with the ... noted above. Submissions by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily

NY, Eddy Montoya 01/28/11
11-DEA-542518, Signature Bank Account #1501377178, VL: $800.00, New York, NY, John/Jane Doe 01/21/11
11-DEA-542682, 2008 Dodge Ram 1500, 1D7HU18238J218319, Yonkers, NY, Raymond Ibrahim 02/01/11
11-DEA-542833, $26,500.00 U.S. Currency, Bronx, NY, Jose Espinal AKA El Cano 02/03/11
11-DEA-542838, Assorted Jewelry, VL: $8,800.00, (1) 18k yellow gold & stainless steel men's watch, diamond bezel, Ser No 2086399; (1) Men's watch, stainless steel, black dial, automatic movement, Ser No 8510, Pomona, NY, Patrick G. Thomas 01/13/11
11-DEA-542842, 2006 Honda Accord, 1HGCM56816A066748, Pomona, NY, Patrick G. Thomas 01/13/11
11-DEA-542851, $57,852.00 U.S. Currency, Bronx, NY, Cesar Castillo 02/04/11
WESTERN DISTRICT OF NEW YORK
11-DEA-542137, Assorted Electronic Equipment, VL: $7,645.00, (1) HP TouchSmart 300-1233 personal computer with wireless keyboard and mouse, Ser No 3CR0200C98; (1) 52" Panasonic TC-P54Z1M Plasma TV with wall mount and Display Unit, Ser No YO9340111; (1) 42" Vizio HDMI 193 Widescreen Plasma TV, Ser No 60162460; (1) 32" Vizio Razor LED LCD HDTV E320VP, Ser No LAUKJAAL3402772, Rochester, NY, Joseph Mitchell 01/26/11
11-DEA-542476, $6,300.00 U.S. Currency, Buffalo, NY, Tina Ruppert 02/01/11
11-DEA-542549, $6,152.00 U.S. Currency, Albion, NY, Reginald B. Brown AKA Mark E. Ramsey 02/03/11
11-DEA-542553, $25,660.00 U.S. Currency, Rochester, NY, Ryan Patrick Tereshko 01/11/11
11-DEA-542577, $9,900.00 U.S. Currency, Buffalo, NY, David North 02/04/11
11-DEA-542683, $9,681.00 U.S. Currency, Hamburg, NY, Brandon S. Haima 02/07/11
11-DEA-542694, $4,214.00 U.S. Currency, Niagara Falls, NY, Antoine Mallory 02/07/11
11-DEA-542706, $4,155.00 U.S. Currency, Buffalo, NY, Mitchell M. Lanthier 02/07/11
11-DEA-542707, $4,373.00 U.S. Currency, Buffalo, NY, Patrick T. Willet 02/07/11
11-DEA-542798, 2000 Dodge Conversion Van, 2B6JB21Z6YK142018, Rochester, NY, Joseph Mitchell 01/26/11
11-DEA-542908, $3,010.00 U.S. Currency, Hamburg, NY, Joseph J. Agate 02/08/11
11-DEA-542926, 2003 BMW M5, WBSDE93493CF93040, Rochester, NY, Jamar Mitchell 01/26/11
11-DEA-542979, 2004 GMC Yukon Denali, 1GKFK66UX4J136173, Buffalo, NY, Mark Mazurkiewicz 02/01/11
NORTHERN DISTRICT OF OHIO
11-DEA-542602, 2007 Hummer H3, 5GTDN13E078231792, Akron, OH, Erik Lyles Freeman AKA P. Freeman AKA Sweet Pea Freeman AKA Sweeta D. Freeman AKA Sweets Freeman 01/25/11
11-DEA-542627, 2004 Subaru Impreza Sedan, JF1GD70624L524681, Youngstown, OH, Frank Charles Korda Sr. AKA Frank C. Korda 01/31/11
11-DEA-542872, $9,970.00 U.S. Currency, Lindsey, OH, Michael A. Dula AKA Michael Andre Dula Jr. AKA Michael Andre Dula and Natasha Feagin 02/10/11
11-DEA-543180, $9,751.00 U.S. Currency, Lodi, OH, Jerome Evans 02/15/11
SOUTHERN DISTRICT OF OHIO
11-DEA-542446, 2004 Chrysler Pacifica, 2C8GF68404R299667, Cincinnati, OH, Thomas Louis Bronaugh AKA Thomas L. Bronaugh Jr. AKA Thomas Lewis Bronaugh Jr. AKA Thomas Louis Bronaugh Jr. AKA Thomas Bronaugh AKA Thomas L. Bronaugh 01/22/11
11-DEA-542501, Smith & Wesson 66 .357 Caliber Magnum Revolver, Ser No CFD3658, VL: $105.00, Riverside, OH, Jorge Diaz-Ruiz AKA Jorge Jesus Diaz-Ruiz AKA Jorge Diaz AKA Jorge Jesus Diazruiz AKA Jorge Ruiz-Diaz 01/31/11
11-DEA-542558, $15,060.00 U.S. Currency, Columbus, OH, Nathan Roy AKA Nathan L. Roy AKA Nathan Lajuan Roy 01/28/11
11-DEA-542562, 2003 Lincoln Aviator, 5LMEU68H43ZJ20234, Cincinnati, OH, Ronald Oliver Dolphin 01/22/11
11-DEA-542620, 1975 Pontiac Grandville, 2R67S5P231191, Fairfield, OH, Donald O. Varner AKA Donald Varner AKA Donald Odell Varner 01/22/11
11-DEA-542770, $1,282,360.00 U.S. Currency, Cambridge, OH, Zaid Wakil AKA Samuel Alexander AKA Alvin Boatright AKA Alvin Boatwright AKA Ira Littlejohn AKA Hudwaifa Ibn Riley AKA Zaid A. Wakil AKA Zaid Abdul Wakil AKA Zaid Abdull Wakil AKA Zaid Abudul Wakil AKA Keith Williams 02/09/11
11-DEA-542802, First Citizens Bank, Cashier's Check #08073910, VL: $7,500.00, Ser No N/A, Cambridge, OH, Zaid Wakil AKA Samuel Alexander AKA Alvin Boatright AKA Alvin Boatwright AKA Ira Littlejohn AKA Hudwaifa Ibn Riley AKA Zaid A. Wakil AKA Zaid Abdul Wakil AKA Zaid Abdull Wakil AKA Zaid Abudul Wakil AKA Keith Williams 02/09/11
11-DEA-542812, (2) JP Morgan Chase Bank, Cashier's Checks, VL: $52,466.32, Ser No N/A, (1) JPMorgan Chase Cashier's Check, Ser No 9813502239; (1) JPMorgan Chase Cashier's Check, Ser No 9813502240, Cambridge, OH, Zaid Wakil AKA Samuel Alexander AKA Alvin Boatright AKA Alvin

01/31/11
11-DEA-542971, 1999 GMC Yukon Denali, 1GKEK13R3XR919775, Nashville, TN, Inc. Mega Sound 01/31/11
11-DEA-543022, 2004 Toyota Corolla, 1NXBR32E14Z316020, Nashville, TN, Edwin G. Argueta 02/02/11
11-DEA-543028, 1993 Ford F150, 1FTEF17Z8PNB36939, Smyrna, TN, Victor Ernesto Quijada 01/31/11
11-DEA-543042, 2007 Dodge Charger, 2B3KA53H77H891464, LaVergne, TN, Edwin G. Argueta 02/01/11
11-DEA-543108, 2004 Chevrolet Impala, 2G1WF52E649404224, Antioch, TN, Juan Francisco Reyna and Leticia Llerena Reyna 01/31/11
WESTERN DISTRICT OF TENNESSEE
11-DEA-542518, $18,020.00 U.S. Currency, Memphis, TN, Carlos Atkins 02/03/11
11-DEA-542594, 2007 Chevrolet Corvette Coupe, 1G1YY26U875131689, Memphis, TN, Carlos Atkins 02/03/11
11-DEA-542597, 2003 Ford F150 SuperCrew Harley Davidson, 1FTRW12553FA28238, Memphis, TN, Carlos Atkins 02/03/11
11-DEA-543164, $15,800.00 U.S. Currency, Memphis, TN, Rodrick Ferrell Barnes 02/16/11
11-DEA-543165, $24,091.00 U.S. Currency, Memphis, TN, Kevin Vernard Dunn Jr. 02/16/11
NORTHERN DISTRICT OF TEXAS
11-DEA-540933, 2007 Chevrolet Avalanche LT, 3GNEC12057G126215, Arlington, TX, David Benton Abshire 12/08/10
11-DEA-542572, $324,063.25 U.S. Currency, Dallas, TX, Ernesto Martinez 01/31/11
11-DEA-543133, $10,942.00 U.S. Currency, Farmers Branch, TX, Guillermina M. Valdez and Erasmo F. Gonzalez 02/15/11
SOUTHERN DISTRICT OF TEXAS
11-DEA-541237, $62,305.00 U.S. Currency, San Antonio, TX, James Lee Alexander 12/10/10
11-DEA-542327, $26,495.00 U.S. Currency, Alvin, TX, Anabell Garcia Pena 01/27/11
11-DEA-542387, 2003 Ford Mustang Convertible, 1FAFP44453F405961, Corpus Christi, TX, Mario's Used Cars and Detail 01/20/11
11-DEA-542561, $4,100.00 U.S. Currency, Corpus Christi, TX, Joel Hanley 02/01/11
11-DEA-542828, $40,000.00 U.S. Currency, Houston, TX, John/Jane Doe 01/19/11
11-DEA-542870, 2002 Peterbilt 378 Tractor, 1XPFDB9X72D585932, Hebbronville, TX, Moises Abraham Ramirez 01/19/11
11-DEA-542898, $20,415.00 U.S. Currency, Houston, TX, Jesus Camacho 01/27/11
11-DEA-542950, 2001 Dorsey Platform Trailer, 1DTP16Z291G056814, Hebbronville, TX, Moises Abraham Ramirez 01/19/11
11-DEA-542990, $54,065.00 U.S. Currency, Houston, TX, Martha Obregon Chavez 02/01/11
11-DEA-543143, 2001 Volkswagen Cabrio Convertible, 3VWDC21V71M805844, Pharr, TX, Juan Alberto Sanchez AKA Alberto Sanchez AKA Juan Sanchez 01/07/11
11-DEA-543155, 1996 Chevrolet Impala Sedan, 1G1BL52P9TR124459, Pharr, TX, Juan Alberto Sanchez AKA Alberto Sanchez AKA Juan Sanchez 01/07/11
WESTERN DISTRICT OF TEXAS
10-DEA-535753, $5,783.00 U.S. Currency, Buda, TX, Scooter Matthew Lozano AKA Jesse Cruz AKA Matthew Lozano AKA Scooter Lozano AKA Scooter Mathew Lozano 08/09/10
11-DEA-538851, $5,773.00 U.S. Currency, Jarrell, TX, Francisco J. Valdez Jr. AKA Francisco Junior Valdez 10/27/10
11-DEA-542184, $10,000.00 U.S. Currency, El Paso, TX, Abel Chavarria Rivera 01/25/11
11-DEA-542188, $25,000.00 U.S. Currency, El Paso, TX, Abel Chavarria Rivera and Michael Rene Johnson 01/25/11
11-DEA-542878, 2004 Dodge Ram 1500, 1D7HA16D74J223688, El Paso, TX, Thomas Aldama AKA Ramon Arturo Lopez and Lucia Dominguez 02/01/11
11-DEA-542917, 2003 GMC Sierra K1500 HD, 1GTGK13U43F203701, Marfa, TX, Hector Saul Gonzales-Macias 01/25/11
11-DEA-542934, $650.00 U.S. Currency, El Paso, TX, John/Jane Doe 02/13/11
11-DEA-542991, 2001 Ford F150 Pickup, 1FTRW08L71KE89362, Alpine, TX, Laura Lynn Farris 02/04/11
DISTRICT OF UTAH
11-DEA-542134, (2) Assorted Firearms with Magazines, VL: $240.00, (1) Maadi AK-47 Rifle CAL:7.62 with, Ser No AC0044349; (1) Kel Tec P-11 Handgun CAL:9X18, Ser No 102372; (3) Maadi AK-47 magazines, Ser No none; (2) Kel Tec P-11 magazines, Ser No none, Beaver, UT, David Thomas 12/31/10
11-DEA-542512, $15,700.00 U.S. Currency, West Valley City, UT, Troy Burnham 02/01/11
EASTERN DISTRICT OF VIRGINIA
11-DEA-542778, 2005 Jaguar S-Type, SAJWA01U45HN35481, Fredericksburg, VA, Toseka Rickenbecker 02/01/11
EASTERN DISTRICT OF WISCONSIN
11-DEA-542757, $16,560.00 U.S. Currency, Milwaukee, WI, Lawrence Donta Minor 01/31/11

cut diamonds; (1) 14kt Yellow Gold chain with 14kt yellow gold round pendant with diamonds and Rolex logo; (1) 14kt White Gold diamond gent's ring. Approx. 1.50ct in princess cut diamond stones; (1) 18kt Yellow Gold gent's Presidential Rolex Oyster Perpetual watch w/diamond bezel & band, Hesperia, CA, Jose Luis Villasenor 02/01/11
11-DEA-542726, 1962 Chevrolet Impala SS, 21867A117358, Hesperia, CA, Rigoberto Villasenor AKA Robert Villasenor 02/01/11
11-DEA-542754, $61,475.00 U.S. Currency, Los Angeles, CA, Delcica K. McEachron AKA Taneisha Samantha Harris 02/07/11
11-DEA-542755, $10,371.00 U.S. Currency, Los Angeles, CA, Dashawn Aaron Wallace 02/09/11
11-DEA-542824, $13,494.00 U.S. Currency, Fontana, CA, Arturo Villapando Saucedo AKA Jesus Cedilla Munoz AKA Jesus Santos AKA Arturo Saucedo AKA Arturo Villalpan Saucedo AKA Arturo Villalpando Saucedo AKA Arturo Saucedo Villalpando AKA Arturo Villapando AKA Arturo Saucedo Villapando 02/10/11
11-DEA-542878, 2002 Chevrolet Camaro, 2G1FP22G X22132320, Los Angeles, CA, Anthony Rafael Lara AKA Anthony R. Lara 02/01/11
DISTRICT OF CONNECTICUT
11-DEA-541669, $22,000.00 U.S. Currency, Hartford, CT, Cesar L. Vasquez 12/22/10
11-DEA-541679, $30,646.25 U.S. Currency, Hartford, CT, Jose M. Colon 12/22/10
11-DEA-541691, $3,495.00 U.S. Currency, Hartford, CT, Neftaly Arroyo 12/22/10
DISTRICT OF COLUMBIA
11-DEA-542458, $23,451.00 U.S. Currency, Washington, DC, Monte Demond Joyner AKA Monte Desmond Joyner and Morris Roshall Vereen AKA Morris Roshall AKA Morris Roshall Vereen Jr. AKA Lawrence Vereen AKA Maurice Vereen AKA Mo Vereen AKA Moe Vereen AKA Morris Rashal Vereen 01/14/11
DISTRICT OF DELAWARE
11-DEA-542654, $12,660.00 U.S. Currency, Newark, DE, Shawn A. Tomlinson 01/12/11
NORTHERN DISTRICT OF FLORIDA
11-DEA-542380, $110,000.00 U.S. Currency, Niceville, FL, Hobb's Recovery 01/20/11
SOUTHERN DISTRICT OF FLORIDA
11-DEA-541907, $30,000.00 U.S. Currency, Miramar, FL, Ney Jose Ortega-Ramirez AKA Ney Ortega 01/07/11
11-DEA-541976, $20,000.00 U.S. Currency, Fort Lauderdale, FL, Levys Geovanni Tovar 01/13/11
11-DEA-542233, $3,118.00 U.S. Currency, West Palm Beach, FL, Jennifer L. Scott 01/18/11
11-DEA-542363, $6,880.00 U.S. Currency, Ft. Lauderdale, FL, Johnny Collins 01/24/11
MIDDLE DISTRICT OF GEORGIA
11-DEA-542735, $5,830.00 U.S. Currency, Macon, GA, Shaun Michael Ellison and Jordan Lorenzo Ellison 01/25/11
NORTHERN DISTRICT OF GEORGIA
11-DEA-542410, $132,144.00 U.S. Currency, Ellenwood, GA, Michael Constantine Demetrescu 01/31/11
11-DEA-542795, $2,217.00 U.S. Currency, College Park, GA, Tovis Germaine Raines 02/01/11
11-DEA-542800, $3,932.00 U.S. Currency, Atlanta, GA, Maurio Dewayne Gray Jr. 02/04/11
SOUTHERN DISTRICT OF GEORGIA
11-DEA-542607, $2,303.00 U.S. Currency, Warrenton, GA, Cleveland David Hall 01/26/11
NORTHERN DISTRICT OF IOWA
11-DEA-542635, 2006 Pontiac G6 Sedan, 1G2ZG558864180331, Iowa County, IA, Juan C. Orozco 01/21/11
NORTHERN DISTRICT OF ILLINOIS
11-DEA-542117, $25,000.00 U.S. Currency, Chicago, IL, Alejandro Marquez 01/17/11
11-DEA-542169, $504,200.00 U.S. Currency, Chicago, IL, Paul J. Digiso 01/25/11
11-DEA-542509, $25,000.00 U.S. Currency, Chicago, IL, Enrique Montes De Oca 01/28/11
SOUTHERN DISTRICT OF INDIANA
11-DEA-542275, $11,550.00 U.S. Currency, Lynnville, IN, Timothy Neil Ghormley 01/24/11
DISTRICT OF KANSAS
11-DEA-542285, $9,000.00 U.S. Currency, Wabaunsee, KS, David W. McLean 01/28/11
11-DEA-542625, 1999 BMW 540i, WBADN6331XGM60214, Wichita, KS, Jacob Lawson 01/27/11
WESTERN DISTRICT OF KENTUCKY
11-DEA-542378, $1,389.00 U.S. Currency, Louisville, KY, Yankiel Cruz-Lopez AKA Diaz Cruz AKA Lopez Y. Cruz AKA Yankiel Cruz AKA Yankiel Cruz Lopez 01/20/11
11-DEA-542567, $22,500.00 U.S. Currency, Elizabethtown, KY, Joseph Steubing AKA Joseph Michael Steubing 01/27/11
11-DEA-542569, $11,500.00 U.S. Currency, Elizabethtown, KY, Jennifer Steubing 01/27/11
11-DEA-542657, $8,910.00 U.S. Currency, Louisville, KY, Jessica Maddix AKA Brook McNeely AKA Jessica McNeely AKA Jessica B. McNeely 01/27/11
DISTRICT OF MARYLAND
11-DEA-542447, $10,713.00 U.S. Currency, Reisterstown, MD, Robert Warren Waters AKA Robert Warren Waters Jr. 12/29/10
11-DEA-542470, $4,497.00 U.S. Currency, Hagerstown, MD, James Lee [illegible] 01/10/11
11-DEA-542630, $3,4[illegible] U.S. Currency, Baltimore, MD, Shaun Ch[illegible]

4RACS1629AN072323, Worchester, NY, Carey Glover 01/07/11
11-DEA-542148, 2005 American Ironhorse Custom Chopper, 5L5SC15575100481, Worchester, NY, Carey Glover 01/07/11
11-DEA-542147, $99,571.00 U.S. Currency, Worchester, NY, Carey Glover 01/07/11
11-DEA-542439, $4,000.00 U.S. Currency, Latham, NY, Jeremy W. Vanwormer 01/14/11
11-DEA-542453, $50,080.00 U.S. Currency, Cooperstown, NY, Justin Lucas 01/13/11
11-DEA-542473, $3,777.00 U.S. Currency, Schenectady, NY, Demetrius S. Howard and Ronald T. Johnson 01/13/11
11-DEA-542574, $11,600.00 U.S. Currency In Safe Deposit Box #68, Key Bank, Plattsburgh, NY, Dung T. Nguyen 12/30/10
SOUTHERN DISTRICT OF NEW YORK
11-DEA-539373, $38,723.00 U.S. Currency, New York, NY, Rafael Prett and Rafael Frett 11/08/10
11-DEA-541383, $5,109.00 U.S. Currency, New York, NY, Alvin Aviles 01/04/11
11-DEA-541877, $33,209.00 U.S. Currency, Hillburn, NY, Dunstan D. Foote and Deborah H. Griffith 01/13/11
11-DEA-541880, $13,000.00 U.S. Currency, Pomona, NY, Patrick G. Thomas 01/13/11
11-DEA-542391, $3,945.00 U.S. Currency, Bronx, NY, Juan Quezada 02/01/11
11-DEA-542567, $334,175.00 U.S. Currency, New York, NY, Jorge L. Correa 02/02/11
WESTERN DISTRICT OF NEW YORK
11-DEA-542383, $11,240.00 U.S. Currency, Tonawanda, NY, Andrew A. Powell AKA Kevin Powell 01/22/11
11-DEA-542511, $4,788.00 U.S. Currency, Angola, NY, Michael J. Mills 01/27/11
11-DEA-542578, $18,310.00 U.S. Currency, Hamburg, NY, Daniel J. Bloom 02/07/11
11-DEA-542591, Glock 30 .45 Caliber Handgun, VL: $1.00, Ser No CKE209US, Rochester, NY, Joseph Mitchell 01/26/11
11-DEA-542633, 2004 Dodge Durango, 1D4HB48N34F146859, Tonawanda, NY, Andrew A. Powell AKA Kevin Powell 01/22/11
11-DEA-542687, $10,510.00 U.S. Currency, Amity, NY, Danny D. Matta-Medina and Kevin Manco and Miguel A. Prado 01/25/11
NORTHERN DISTRICT OF OHIO
11-DEA-542474, Samsung 55" Series LED HDTV, Ser No AZ1J3CPSC00702R, Youngstown, OH, Justin Thomas Heubel 01/31/11
11-DEA-542570, (2) Assorted Firearms, VL: $205.00, (1) Davis Industries P-380 Semi-Auto Pistol Ser No AP499901; (1) FEG GKK Semi-Auto Pistol Ser No AA009995, Akron, OH, Marvin Davis 01/25/11
11-DEA-542681, $38,500.00 U.S. Currency, Mansfield, OH, Garlan Dwayne McCrutar Jr. AKA Garlan D. McCruter II and Capri Trumayne Pohler 02/02/11
WESTERN DISTRICT OF OKLAHOMA
11-DEA-541972, $2,100.00 U.S. Currency, Oklahoma City, OK, Mario Daniel Morales 01/19/11
11-DEA-542187, $1,360.00 U.S. Currency, Norman, OK, Casey Dean Evans 01/26/11
EASTERN DISTRICT OF PENNSYLVANIA
11-DEA-541520, $1,860.00 U.S. Currency, Philadelphia, PA, Anthony Valentine 01/03/11
11-DEA-542003, $2,850.00 U.S. Currency, Philadelphia, PA, Anthony Valentine 01/10/11
11-DEA-542022, $55,940.00 U.S. Currency, Philadelphia, PA, Victor Anderson 01/20/11
DISTRICT OF PUERTO RICO
11-DEA-541188, $1,980,410.00 U.S. Currency, Carolina, PR, Carlos Alberto Segura Galvis 12/20/10
11-DEA-541189, $30,000.00 U.S. Currency, Carolina, PR, Carlos Alberto Segura Galvis 12/20/10
DISTRICT OF SOUTH CAROLINA
11-DEA-542351, $3,960.00 U.S. Currency, Columbia, SC, Gary Dean Farabee 01/29/11
11-DEA-542745, $84,525.00 U.S. Currency, Spartanburg, SC, Theodora Smith 02/07/11
11-DEA-542759, 2004 Chevrolet Silverado, 1GCHK23U64F176481, Columbia, SC, Guadalberto Morales-Salazar 01/29/11
11-DEA-542763, 2010 Carry-On 6X12 Dump Trailer, 4YMDU1229AG118518, Columbia, SC, Guadalberto Morales-Salazar 01/29/11
11-DEA-542813, 2000 Peterbilt 379 Tractor, 1XPSDB9X3YN532183, Columbia, SC, Gary Dean Farabee 01/29/11
11-DEA-542816, 1999 Utility Refrigerated Trailer, 1UYVS2536XU855503, Columbia, SC, Gary Dean Farabee 01/29/11
11-DEA-542855, 1990 Komatsu FG 15 HT-15 Forklift, Ser No 320091A, Columbia, SC, Guadalberto Morales-Salazar 01/29/11
EASTERN DISTRICT OF TENNESSEE
11-DEA-542769, $45,866.00 U.S. Currency, Greeneville, TN, Frankie D. Crum 02/03/11
11-DEA-542797, $4,046.00 U.S. Currency, Knoxville, TN, Kevin Keith Armstrong 02/10/11
MIDDLE DISTRICT OF TENNESSEE
11-DEA-542645, $3,020.00 U.S. Currency, Nashville, TN, Andron Marquese Jenkins 02/04/11
11-DEA-542663, $15,256.00 U.S. Currency, Smyrna, TN, [illegible] 01/31/11
11-DEA-54265[illegible], $5,140.[illegible] U.S. Currency, Antioch, TN, Juan Francisco Reyna and Leticia Llerena Reyna 01/31/11
WESTERN DISTRICT OF TENNESSEE

11-DEA-541629, 1998 Lufkin 53' Trailer, 1L01A5326W1134866, Yuma, AZ, Maria B. Acosta Pinela 12/15/10
11-DEA-541837, 1997 Jatco 48' Flatbed Trailer, 5JNF48207VH000783, Yuma, AZ, Maria B. Acosta Pinela 12/15/10
11-DEA-541839, 1999 Freightliner Tractor, 1FUYDOYB9XP940215, Yuma, AZ, Maria B. Acosta Pinela 12/16/10
11-DEA-542191, $14,950.00 U.S. Currency, Phoenix, AZ, Mario Shawndel Gibbs 01/12/11
11-DEA-542345, Assorted Jewelry, VL: $24,683.00, (1) 14K gold double shank promise ring weighing 2.2gr w/1pt diamond; (1) Plated costume toe ring with a 3mm rhinestone; (1) 10K gold ladies initial "P" ring weighing 1.6gr; (1) 14K gold ladies heart ring weighing 1.2gr with a half point diamond; (1) 14K gold ladies solitaire ring weighing 6gr w/a 1.14ct pear shaped diamond & 6 diamon, Ser No COA: IGI 33451999; (1) 14K gold two-finger ring weighing 10.6gr with the name Guero in white gold; (1) Ladies sterling silver ring weighing 8.4gr with a pear shaped light amethyst; (1) 14K gold heart ring with initial "H" weighing 2 gr; (1) 14K gold ladies ring weight 3.4gr with a pear shaped amethyst & 6 diamonds; (1) Five sterling silver 6mm adjustable bangle bracelets, matched; (1) A pair of 10K two-tone 60mm hollow hoop earrings weighing 12.3gr made in Mexico; (1) A pair of 40mm yellow plate costume earrings with dangle chains & letter "G"; (1) 14K gold name pendant "HORTENCIA" weighing 7.7gr; (1) 10K gold pair of 6mm hollow hoop earrings weight 3.5gr; (1) 14K gold pair of 10mm hoop earrings weighing 4.1gr; (1) A pair of yellow plated costume 2mm square hoop earrings; (1) A pair of 14K two-tone diamond hoop earrings weighing 6.2gr with 14 total diamonds; (1) A pair of costume heart earrings with 10 - 1.5mm round rhinestones; (1) A pair of plated stud earrings with 8mm round rhinestones; (1) A pair of yellow plated ear piercing studs; (1) A single hollow hoop 10K gold earring weighing 1.4gr, made in Mexico; (1) A yellow Guess D.G. watch with CZ bezel; (1) Gents stainless steel two-tone Wittnauer watch with diamond bezel, Ser No C952367; (1) Ladies yellow Bulova watch with CZ bezel and CZ's in band links; (1) 10K two-tone diamond tennis bracelet weighing 10.2gr with 70 round diamonds; (1) 23" - 2.5mm 10K gold rope chain weighing 13.7gr; (1) 24" 10K gold 6mm Turkish queen chain with a 48mmx39mm 10K gold cross; (1) 10K two-tone 9mm anchor link bracelet weighing 20.4gr; (1) 16" 10K gold 1.25mm rope chain with a 14K two-tone #1 Mom pendant; (1) 24" 10K gold 1mm rope chain with a 25x17mm hollow cross; (1) Costume heart and nylon cord Guess bracelet; (1) A plated yellow body-piercing stud with 3mm square and 2mm round rhinestones, Tucson, AZ, Victor Manuel Maestas AKA Maestas Manuel and Hortencia Romo-Pérez 01/11/11
11-DEA-542490, $4,220.00 U.S. Currency, Phoenix, AZ, Terrell Hood 01/12/11
11-DEA-542652, $11,081.00 U.S. Currency, Phoenix, AZ, Richard Hugh Grant 01/10/11
11-DEA-542654, $12,200.00 U.S. Currency, Phoenix, AZ, Calvin Wadi Kasseb 01/21/11
CENTRAL DISTRICT OF CALIFORNIA
10-DEA-525107, $349,010.00 U.S. Currency, Indio, CA, Edwardo Flores 11/25/09
10-DEA-527159, $101,585.00 U.S. Currency, Fontana, CA, Luis Francisco Carrasco AKA Luis Francisco Bringas 01/22/10
10-DEA-527659, $20,000.00 U.S. Currency, Los Angeles, CA, Thomas Zesati 01/30/10
10-DEA-527660, $21,011.00 U.S. Currency, Los Angeles, CA, Thomas Zesati 01/30/10
10-DEA-527663, $848.00 U.S. Currency, Los Angeles, CA, Thomas Zesati 01/30/10
10-DEA-527687, $423.00 U.S. Currency, Los Angeles, CA, Thomas Zesati 01/30/10
10-DEA-537740, $20,620.00 U.S. Currency, Anaheim, CA, Jesus Alejandro Hernandez Vargas AKA Jesus Hernandez AKA Jesus Alejandro Hernandez AKA Jesus Alejandro VargasHernandez 09/20/10
11-DEA-542091, $22,220.00 U.S. Currency, Los Angeles, CA, Tramell Rashaud Searcy 01/24/11
11-DEA-542141, $39,300.00 U.S. Currency, Fontana, CA, Herrara Mendoza 01/13/11
11-DEA-542209, $14,500.00 U.S. Currency, Fontana, CA, Johnie Goodwill Warren Jr. AKA Carter Oman AKA Johnie Goodwill Warren AKA Johnnie Goodwill Warren III AKA Johnie Goodwill Warren AKA Johnnie Goodwill Warren AKA Johnnie Goodwin Warren 01/26/11
11-DEA-542234, $9,800.00 U.S. Currency, Los Angeles, CA, Mark Mina Gabriel 01/26/11
11-DEA-542237, $133,060.00 U.S. Currency, Perris, CA, Jaime Antonio Basurto-Moreno AKA Jaime A. Basurto 01/18/11
11-DEA-542258, $20,006.00 U.S. Currency, Fontana, CA, Deshawn Coquice Willis AKA Deshawn Coquise Willis AKA Deshawn Colvice Willis 01/26/11
11-DEA-542293, 2001 Toyota Echo, JTDBT123510106239, San Pedro, CA, Trino Alfonso Medina-Ayala 01/25/11
11-DEA-542309, $254,110.00 U.S. Currency, Santa Ana, CA, John/Jane Doe 01/10/11
11-DEA-542506, $9,248.00 U.S. Currency, Los Angeles, CA, Theo M. Singleton 02/01/11
EASTERN DISTRICT OF CALIFORNIA
11-DEA-541909, $15,920.00 U.S. Currency, Sacramento, CA, Vernon Earl Harris 01/19/11

A-34

# LEGAL NOTICES

PUBLIC NOTICES

## DEA LEGAL NOTICE CONTINUED

LAST DATE TO FILE APRIL 21, 2011
PLACE SEIZED, SEIZED FROM, DATE SEIZED

MIDDLE DISTRICT OF ALABAMA
11-DEA-542540, 2004 Cadillac Escalade, 1GYEC63T24R143243, Dothan, AL, Harriel Jermaine Wigham 01/28/11
11-DEA-542547, 2007 Chevrolet Avalanche, 3GNEC12007G226312, Dothan, AL, Robert Walden 01/28/11
NORTHERN DISTRICT OF ALABAMA
11-DEA-542421, 2003 Dodge Ram 3500 SLT Truck, 3D7MA48DX3G858370, Center Point, AL, Henry Green AKA Henry J. Green Jr. 01/25/11
11-DEA-542675, $4,990.00 U.S. Currency, Hoover, AL, David L. Lewis 01/28/11
SOUTHERN DISTRICT OF ALABAMA
11-DEA-542571, $14,920.00 U.S. Currency, Baldwin County, AL, Anthony Wayne Silva Jr. AKA Tracon Silva 01/25/11
DISTRICT OF ARIZONA
11-DEA-542665, Lorcin L-380 Semi-Auto Pistol, VL: $40.00, Ser No 543608, Phoenix, AZ, Vivario Hernandez-Calero AKA Dennis Hernandez 01/30/11
11-DEA-542695, $31,900.00 U.S. Currency, Phoenix, AZ, Dwight Grant 01/31/11
11-DEA-542749, $20,000.00 U.S. Currency, Phoenix, AZ, Terrell A. Thurmond 02/03/11
CENTRAL DISTRICT OF CALIFORNIA
10-DEA-527497, $208,304.00 U.S. Currency, Los Angeles, CA, Jose Chavez Garcia and Jesus Octavio Renteria AKA Jesus Octavio Arce Renteria 02/03/10
10-DEA-527654, $21,000.00 U.S. Currency, Los Angeles, CA, Thomas Zesati 01/30/10
10-DEA-527658, $490.00 U.S. Currency, Los Angeles, CA, Thomas Zesati 01/30/10
10-DEA-535447, $60,000.00 U.S. Currency and $67.26 Accrued Interest, Ontario, CA, Alfredo Arechiga AKA Alfred Arechiga and Santino John Montoya 08/05/10
11-DEA-542238, $154,080.00 U.S. Currency, Lynwood, CA, Michaela Arlena Romo 01/26/11
11-DEA-542479, $19,611.61 U.S. Currency, Los Angeles, CA, Thomas Zesati 02/01/11
11-DEA-542564, $303,863.00 U.S. Currency, Hesperia, CA, Jose Luis Villasenor 02/01/11
11-DEA-542664, $83,000.00 U.S. Currency, Los Angeles, CA, Armando Gonzalez 02/01/11
11-DEA-542671, $7,028.00 U.S. Currency, Los Angeles, CA, Mario Vargas 02/01/11
11-DEA-542677, $645.00 U.S. Currency, Los Angeles, CA, Margarito Vargas 02/01/11
11-DEA-542678, $8,400.00 U.S. Currency, Los Angeles, CA, Marlene Alvarez and Albaro Vargas and Margarito Vargas 02/01/11
11-DEA-542679, $14,653.00 U.S. Currency, Los Angeles, CA, Marlene Alvarez and Albaro Vargas and Margarito Vargas 02/01/11
11-DEA-542693, 2007 Toyota Camry, 4T1BE46K57U565532, Hesperia, CA, Jose Luis Villasenor 02/01/11
11-DEA-542703, 2007 Chevrolet Avalanche, 3GNEC12027G315993, Hesperia, CA, Jose Luis Villasenor 02/01/11
11-DEA-542709, (4) Assorted Jewelry, VL: $22,000.00, (1) 18kt Yellow Gold gent's diamond band, 33 princess cut diamonds; (1) 14kt Yellow Gold chain with 14kt yellow gold round pendant with diamonds and Rolex logo; (1) 14kt White Gold diamond gent's ring. Approx. 1.50ct in princess cut diamond stones; (1) 18kt Yellow Gold gent's Presidential Rolex Oyster Perpetua watch w/diamond bezel & band, Hesperia, CA, Jose Luis Villasenor 02/01/11
11-DEA-542726, 1962 Chevrolet Impala SS, 21867A117356, Hesperia, CA, Rigoberto Villasenor AKA Robert Villasenor 02/01/11
11-DEA-542754, $64,475.00 U.S. Currency, Los Angeles, CA, Desica K. McEachron AKA Taneisha Samantha Harris 02/07/11
11-DEA-542755, $10,371.00 U.S. Currency, Los Angeles, CA, Dashawn Aaron Wallace 02/09/11
11-DEA-542824, $13,491.00 U.S. Currency, Fontana, CA, Arturo Villapando Saucedo AKA Jesus Cedillo Munoz AKA Jesus Santos AKA Arturo Saucedo AKA Arturo Villapan Saucedo AKA Arturo Villalpando Saucedo AKA Arturo Saucedo Villalpando AKA Arturo Villapando AKA Arturo Saucedo Villapando 02/10/11
11-DEA-542978, 2002 Chevrolet Camaro, 2G1FP22G022132320, Los Angeles, CA, Anthony Rafael Lara AKA Anthony R. Lara 02/01/11
DISTRICT OF CONNECTICUT
11-DEA-541669, $22,000.00 U.S. Currency, Hartford, CT, Cesar L. Vasquez 12/22/10
11-DEA-541579, $30,648.25 U.S. Currency, Hartford, CT, Jose M. Colon 12/22/10
11-DEA-541691, $3,495.00 U.S. Currency, Hartford, CT, Neftaly Arroyo 12/22/10
DISTRICT OF COLUMBIA
11-DEA-542458, $23,451.00 U.S. Currency, Washington, DC, Monte Demond Joyner AKA Monte Desmond Joyner and Morris Roshall Vereen AKA Morris Roshall AKA Morris Roshall Vereen Jr. AKA Lawrance Vereen AKA Maurice Vereen AKA Mo Vereen AKA Moe Vereen AKA Morris Rashall Vereen 01/14/11
DISTRICT OF DELAWARE
11-DEA-542654, $12,660.00 U.S. Currency, Newark, DE, Shawn A. Tomlinson 01/12/11
NORTHERN DISTRICT OF FLORIDA
11-DEA-542380, $110,000.00 U.S. Currency, Niceville, FL, Hobb's Recovery 01/20/11
SOUTHERN DISTRICT OF FLORIDA
11-DEA-541907, $30,000.00 U.S. Currency, Miramar, FL, Ney Josa Ortega-Ramirez AKA Ney Ortega 01/07/11
11-DEA-541978, $20,000.00 U.S. Currency, Fort Lauderdale, FL, Levys Geovanni Tovar 01/13/11
11-DEA-542233, $3,118.00 U.S. Currency, West Palm Beach, FL, Jennifer L. Scott 01/19/11
11-DEA-542363, $6,680.00 U.S. Currency, Ft Lauderdale, FL, Johnny Collins 01/24/11
MIDDLE DISTRICT OF GEORGIA
11-DEA-542735, $5,830.00 U.S. Currency, Macon, GA, Shaun Michael Ellison and Jordan Lorenzo Ellison 01/25/11
NORTHERN DISTRICT OF GEORGIA
11-DEA-542410, $132,144.00 U.S. Currency, Ellenwood, GA, Michael Constantine Demetrescu 01/31/11
11-DEA-542795, $2,217.00 U.S. Currency, College Park, GA, Tovis Germaine Raines 02/01/11
11-DEA-542800, $3,932.00 U.S. Currency, Atlanta, GA, Mauro Dewayne Gray Jr. 02/04/11
SOUTHERN DISTRICT OF GEORGIA
11-DEA-542607, $2,303.00 U.S. Currency, Warrenton, GA, Cleveland David Hall 01/26/11
NORTHERN DISTRICT OF IOWA
11-DEA-542635, 2006 Pontiac G6 Sedan, 1G2ZG558864165331, Iowa County, IA, Juan C. Orozco 01/21/11
NORTHERN DISTRICT OF ILLINOIS
11-DEA-542117, $25,000.00 U.S. Currency, Chicago, IL, Alejandro Marquez 01/17/11
11-DEA-542169, $504,200.00 U.S. Currency, Chicago, IL, Paul J. Digiso 01/25/11
11-DEA-542509, $25,000.00 U.S. Currency, Chicago, IL, Enrique Montes De Oca 01/28/11
SOUTHERN DISTRICT OF INDIANA
11-DEA-542276, $11,560.00 U.S. Currency, Lynnville, IN, Timothy Neil Ghormley 01/24/11
DISTRICT OF KANSAS
11-DEA-542285, $9,000.00 U.S. Currency, Wabaunsee, KS, David W. McLean 01/28/11
11-DEA-542625, 1999 BMW 540i, WBADN6331XGM60214, Wichita, KS, Jacob Lawson 01/27/11
WESTERN DISTRICT OF KENTUCKY
11-DEA-542378, $1,389.00 U.S. Currency, Louisville, KY, Yankiel Cruz-Lopez AKA Diaz Cruz AKA Lopez Y. Cruz AKA Yankiel Cruz AKA Yankiel Cruz Lopez 01/20/11
11-DEA-542557, $22,500.00 U.S. Currency, Elizabethtown, KY, Joseph Steubing AKA Joseph Michael Steubing 01/27/11
11-DEA-542569, $11,500.00 U.S. Currency, Elizabethtown, KY, Jennifer Steubing 01/27/11
11-DEA-542657, $8,910.00 U.S. Currency, Louisville, KY, Jessica Maddix AKA Brook McNeely AKA Jessica McNeely AKA Jessica B. McNeely 01/27/11
DISTRICT OF MARYLAND
11-DEA-542447, $10,713.00 U.S. Currency, Reisterstown, MD, Robert Warren Waters AKA Robert Warren Waters Jr. 12/29/10
11-DEA-542470, $4,497.00 U.S. Currency, Hagerstown, MD, James Lee Whitfield 01/10/11
11-DEA-542630, $3,453.00 U.S. Currency, Baltimore, MD, Shawn Christopher Hinton 01/03/11
11-DEA-542702, $14,020.00 U.S. Currency, Columbia, MD, Micheal Paul Bowers AKA Michael Paul Bower AKA Micheal Bowers 12/30/10
11-DEA-542748, 2001 Mercedes Benz S430, WDBNG70J51A186700, Hyattsville, MD, Henry Samuel Hill AKA Samuel Cox AKA Steve Samuel Cox AKA Winston Foot AKA Kevin Samuel Green AKA Samuel Hill AKA Henry Sappleton AKA Alton Sterling AKA Alton L. Sterling 01/13/11
11-DEA-542845, $1,155.00 U.S. Currency, Hagerstown, MD, Anthony Lamar Ware 01/04/11
EASTERN DISTRICT OF MICHIGAN
11-DEA-539683, $31,980.00 U.S. Currency, Detroit, MI, Lynn Gregory Sanford AKA Teddy Sanford 11/22/10
DISTRICT OF MINNESOTA
11-DEA-542289, $1,150.00 U.S. Currency, West St. Paul, MN, Joseph John Krebsbach 01/25/11
11-DEA-542291, $3,710.00 U.S. Currency, Mendota Heights, MN, Wathanabun Bunkusol 01/25/11
11-DEA-542442, $11,750.00 U.S. Currency, Hopkins, MN, Daniel Wayne Rauscher 02/04/11
11-DEA-542734, 2007 GMC Yukon Denali AWD, 1GKFK63837J284886, Prior Lake, MN, Susan Marie Lehmann 01/27/11
EASTERN DISTRICT OF MISSOURI
11-DEA-542452, 2008 Ford F-250 Super Duty Truck, 1FTSW21R38EA45285, Fenton, MO, Ricky A. Martin Jr. 01/24/11
11-DEA-542455, $4,930.00 U.S. Currency, Sikeston, MO, Milton Darvin Lucas 01/13/11
11-DEA-542805, $19,108.00 U.S. Currency, St. Louis, MO, Vernon L. Stewart 02/09/11
WESTERN DISTRICT OF MISSOURI
11-DEA-542622, $10,040.00 U.S. Currency, Lee's Summit, MO, Douglas R. Jackson 01/24/11
EASTERN DISTRICT OF NORTH CAROLINA
11-DEA-541105, $10,000.00 U.S. Currency, Raleigh, NC, Domingo Salazar-Alcaraz and Saudy Yafela Wallace 12/02/10
11-DEA-542377, $13,100.00 U.S. Currency, Four Oaks, NC, Joshua Montero Gonzalez 01/26/11
11-DEA-542434, Select Bank and Trust Company, Acct. #300012366, VL: $32,154.38, Greenville, NC, Cynthia L. Marquez Rentals 01/25/11
11-DEA-542436, Select Bank and Trust Company, Acct. #300012341, VL: $113,887.90, Greenville, NC, Inc. Joyeria Perez Jewelry 01/25/11
11-DEA-542463, $4,575.00 U.S. Currency, Lillington, NC, Bhavin Piyush Patel 01/25/11
11-DEA-542489, $31,900.00 U.S. Currency, Oxford, NC, Janina Wright AKA Samantha Flynn and Rodney Victor and Fritz Victor 01/28/11
11-DEA-542740, $5,115.00 U.S. Currency, Wilson, NC, Brian Sanchez Robinson 01/31/11
11-DEA-542744, $262,596.00 U.S. Currency, Goldsboro, NC, Larry Lawrence and Larry's Gym and Fitness Supply 02/09/11
MIDDLE DISTRICT OF NORTH CAROLINA
11-DEA-542508, $6,930.00 U.S. Currency, Kannapolis, NC, Matthew Ryan Bayne 01/28/11
WESTERN DISTRICT OF NORTH CAROLINA
11-DEA-542539, $5,345.00 U.S. Currency, Charlotte, NC, Sykevius Johnise Thomas 01/26/11
11-DEA-542621, 2001 Peterbilt 379 Tractor, 1XP5DB9X91D487469, Candler, NC, Adolfo Reyna-Aguilar 02/01/11
11-DEA-542623, 2000 Wabash 53' Refrigerated Trailer, 1JJV532W1YL640150, Candler, NC, Adolfo Reyna-Aguilar 02/01/11
11-DEA-542632, $1,990.00 U.S. Currency, Charlotte, NC, Shaheed Hassan Muslim 01/26/11
DISTRICT OF NEBRASKA
11-DEA-542011, $3,940.00 U.S. Currency, Lincoln, NE, A Juvenile 01/24/11
DISTRICT OF NEW JERSEY
11-DEA-542758, $199,294.00 U.S. Currency, Newark, NJ, Manuel Alfredo Portillo AKA Alfredo Manuel Portillo 01/21/11
DISTRICT OF NEW MEXICO
11-DEA-542097, 2003 Chevrolet Avalanche, 3GNEK13T43G119933, Vaughn, NM, Jose Camacho-Perez 02/11/11
11-DEA-542090, $14,500.00 U.S. Currency, Vaughn, NM, Jose Camacho-Perez 02/11/11
DISTRICT OF NEVADA
11-DEA-541569, 2006 Jeep Grand Cherokee Laredo, 1J8GR48K96C330964, Mesquite, NV, Albert Joseph Dalmolin 12/16/10
11-DEA-542498, $25,465.00 U.S. Currency, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542613, Beretta 92FS, 9mm Handgun, VL: $275.00, Ser No BER266603Z, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542614, Bryco M-38, .380 Handgun, VL: $30.00, Ser No 1329124, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542615, Jennings J-22, .22 caliber handgun, VL: $30.00, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542617, Smith & Wesson 13-3, .357 Revolver with Silencer, VL: $160.00, Ser No 2S266, Reno, NV, Maricela Ramirez-Guerrero 01/26/11
11-DEA-542670, $12,200.00 U.S. Currency, Reno, NV, Chris Leblanc 01/25/11
11-DEA-542676, $12,750.00 U.S. Currency, Reno, NV, Ryson Zettlemoyer 02/01/11
11-DEA-542710, $2,570.00 U.S. Currency, Las Vegas, NV, Julio Alfonso Magallanes Prado AKA Alejandro Caballero AKA Alfonso Sarabia 02/02/11
11-DEA-542793, $28,000.00 U.S. Currency, Hawthorne, NV, Alhakam M. Abbasi 01/31/11
EASTERN DISTRICT OF NEW YORK
11-DEA-541518, Astoria Federal Savings Bank, Official Check #439532, VL: $2,800.00, New York, NY, Leonard Rosenfeld 12/16/10
11-DEA-541675, Chase Bank, Cashier's Check #9784904547, VL: $5,000.00, New York, NY, Melanie Tavin 12/10/10
11-DEA-542296, 2004 Chrysler Town and Country, 2C8GT54L94R578499, Long Island City, NY, Raul Emilio Polanco AKA Rafael Pena 12/21/10
11-DEA-542757, $195,046.00 U.S. Currency, Queens, NY, Michael A. Arango AKA Michael A. Sanchez AKA Michael Arango Sanchez 01/21/11
NORTHERN DISTRICT OF NEW YORK
11-DEA-542128, 2005 Dodge Ram 2500 Pick up, 3D7KS28C25G707316, Worchester, NY, Carey Glover 01/07/11
11-DEA-542145, 2010 Interstate Trailer Enclosed, 4RACS1629AN072323, Worchester, NY, Carey Glover 01/07/11
11-DEA-542146, 2005 American Ironhorse Custom Chopper, 5L5SC155751000481, Worchester, NY, Carey Glover 01/07/11
11-DEA-542147, $92,571.00 U.S. Currency, Worchester, NY, Carey Glover 01/07/11
11-DEA-542439, $4,000.00 U.S. Currency, Latham, NY, Jeremy W. Vanwormer 01/14/11
11-DEA-542453, $50,060.00 U.S. Currency, Cooperstown, NY, Justin Lucas 01/13/11
11-DEA-542473, $3,777.00 U.S. Currency, Schenectady, NY, Demetrius S. Howard and Ronald T. Johnson 01/13/11
11-DEA-542574, $11,800.00 U.S. Currency In Safe Deposit Box 168, Key Bank, Plattsburgh, NY, Dung T. Nguyen 12/30/10
SOUTHERN DISTRICT OF NEW YORK
11-DEA-539373, $33,723.00 U.S. Currency, New York, NY, Rafael Prati and Rafael Frett 11/08/10
11-DEA-541383, $5,109.00 U.S. Currency, New York, NY, Alvin Aviles 01/04/11
11-DEA-541877, $33,208.00 U.S. Currency, Hillburn, NY, Dunstan D. Foote and Deborah H. Griffith 01/13/11
11-DEA-541880, $13,000.00 U.S. Currency, Pomona, NY, Patrick G. Thomas 01/13/11
11-DEA-542391, $3,945.00 U.S. Currency, Bronx, NY, Juan Quezada 02/01/11
11-DEA-542567, $334,175.00 U.S. Currency, New York, NY, Jorge L. Correa 02/02/11
WESTERN DISTRICT OF NEW YORK
11-DEA-542383, $11,240.00 U.S. Currency, Tonawanda, NY, Andrew A. Powell AKA Kevin Powell 01/28/11
11-DEA-542511, $4,786.00 U.S. Currency, Angola, NY, Michael J. Mills 01/27/11
11-DEA-542578, $18,310.00 U.S. Currency, Hamburg, NY, Daniel J. Bloom 02/07/11
11-DEA-542591, Glock 30 .45 Caliber Handgun, VL: $1.00, Ser No CKE209US, Rochester, NY, Joseph Mitchell 01/26/11
11-DEA-542638, 2004 Dodge Durango, 1D4HB48N34F145869, Tonawanda, NY, Andrew A. Powell AKA Kevin Powell 01/28/11
11-DEA-542667, $10,510.00 U.S. Currency, Amity, NY, Danny D. Matta-Medina and Kevin Manco and Miguel A. Prado 01/25/11
NORTHERN DISTRICT OF OHIO
11-DEA-542474, Samsung 55" Series LED HDTV, Ser No AZ1J3CPSC00702R, Youngstown, OH, Justin Thomas Heubel 01/31/11
11-DEA-542570, (2) Assorted Firearms, VL: $205.00, (1) Davis Industries P-380 Semi-Auto Pistol Ser No AP499901; (1) FEG GKK Semi-Auto Pistol Ser No AA009996, Akron, OH, Marvin Davis 01/25/11
11-DEA-542681, $38,500.00 U.S. Currency, Mansfield, OH, Garlan Dwayne McCruter Jr. AKA Garlan D. McCruter II and Capri Trumayha Pointer 02/02/11
WESTERN DISTRICT OF OKLAHOMA
11-DEA-541972, $2,100.00 U.S. Currency, Oklahoma City, OK, Mario Daniel Morales 01/19/11
11-DEA-542187, $1,360.00 U.S. Currency, Norman, OK, Casey Dean Evans 01/26/11
EASTERN DISTRICT OF PENNSYLVANIA
11-DEA-541520, $1,860.00 U.S. Currency, Philadelphia, PA, Anthony Valentine 01/03/11
11-DEA-542003, $2,850.00 U.S. Currency, Philadelphia, PA, Anthony Valentine 01/10/11
11-DEA-542022, $55,940.00 U.S. Currency, Philadelphia, PA, Victor Anderson 01/20/11
DISTRICT OF PUERTO RICO
11-DEA-541188, $1,980,410.00 U.S. Currency, Carolina, PR, Carlos Alberto Segura Galvis 12/20/10
11-DEA-541189, $30,000.00 U.S. Currency, Carolina, PR, Carlos Alberto Segura Galvis 12/20/10
DISTRICT OF SOUTH CAROLINA
11-DEA-542351, $3,960.00 U.S. Currency, Columbia, SC, Gary Dean Farabee 01/29/11
11-DEA-542745, $84,525.00 U.S. Currency, Spartanburg, SC, Theodore Smith 02/07/11
11-DEA-542759, 2004 Chevrolet Silverado, 1GCHK23U64F176481, Columbia, SC, Guadalberto Morales-Salazar 01/29/11
11-DEA-542763, 2010 Carry-On 6X12 Dump Trailer, 4YMDU1228AG115516, Columbia, SC, Guadalberto Morales-Salazar 01/29/11
11-DEA-542813, 2000 Peterbilt 379 Tractor, 1XP5DB9X3YN532183, Columbia, SC, Gary Dean Farabee 01/29/11
11-DEA-542818, 1999 Utility Refrigerated Trailer, 1UYVS2539XU885500, Columbia, SC, Gary Dean Farabee 01/29/11
11-DEA-542855, 1990 Komatsu FG 15 HT-15 Forklift, Ser No 320031A, Columbia, SC, Guadalberto Morales-Salazar 01/29/11
EASTERN DISTRICT OF TENNESSEE
11-DEA-542769, $45,868.00 U.S. Currency, Greeneville, TN, Frankie D. Crum 02/03/11
11-DEA-542797, $4,046.00 U.S. Currency, Knoxville, TN, Kevin Keith Armstrong 02/10/11
MIDDLE DISTRICT OF TENNESSEE
11-DEA-542645, $3,020.00 U.S. Currency, Nashville, TN, Andron Marquese Jenkins 02/04/11
11-DEA-542653, $15,256.00 U.S. Currency, Smyrna, TN, Julie L. Krahnbrink 01/31/11
11-DEA-542655, $5,140.00 U.S. Currency, Antioch, TN, Juan Francisco Reyna and Leticia Llerena Reyna 01/31/11
WESTERN DISTRICT OF TENNESSEE
11-DEA-542278, $16,000.00 U.S. Currency, Memphis, TN, James D. Griffin 02/04/11
11-DEA-542515, $3,438.00 U.S. Currency, Memphis, TN, Earl Dean Shaw 02/02/11
EASTERN DISTRICT OF TEXAS
11-DEA-542426, $20,000.00 U.S. Currency, Beaumont, TX, John Michael Holmes 01/31/11
11-DEA-542443, 2006 Ford Explorer XLT, 1FMEU63E46ZA05659, Beaumont, TX, John Michael Holmes 01/31/11
NORTHERN DISTRICT OF TEXAS
10-DEA-537191, $48,950.00 U.S. Currency, Garland Othon Carranza-Rodriguez AKA Othon Rodriguez-Carranza 09/20/10
SOUTHERN DISTRICT OF TEXAS
11-DEA-542107, 2010 Chevrolet Camaro Super Spo 2G1FK1EJ5A9108061, Pharr, TX, Paulita Ibarra Sanc 01/07/11
11-DEA-542152, $5,554.00 U.S. Currency, Corpus Christi, TX, George Jacob Puebla 01/20/11
11-DEA-542156, $5,000.00 U.S. Currency, Corpus Christi, TX, Charles Chavana 01/20/11
11-DEA-542184, $10,000.00 U.S. Currency, Browns TX, Raul Humberto Seda 01/10/11
11-DEA-542201, 2009 Honda Accord EX, 1HGCS1287SA007360, Houston, TX, Andrew Huu Nguyen 01/19/11
11-DEA-542212, Assorted Jewelry, VL: $256,500.00 Safe Deposit Box #1753, Wells Fargo Bank, (1) Ladie Platinum and Diamond Necklace; (1) Ladies Platinum and Diamond Necklace; (1) Pair of Ladies Platinum a Diamond Ear Studs; (1) Ladies Platinum and Diamor Bracelet; (1) Ladies Platinum and Diamond Bracelet; Pair of Platinum and Diamond Earrings; (1) Pair of Platinum and Diamond Earrings; (1) Ladies Platinum Diamond Necklace; (1) Ladies Platinum and Diamon Bracelet, Laredo, TX, Vikram Datta 01/18/11
11-DEA-542262, $50,000.00 U.S. Currency, Laredo Hilario Martinez-Garcia 01/18/11
11-DEA-542306, 2002 Ford F150 Harley Davidson, 1FTRW07382KD18833, Brownsville, TX, Maria Anleverde 01/10/11
11-DEA-542392, 2006 Wabash Reefer Van, 1JJV532W15L975295, Falfurrias, TX, John/Jane Do 01/27/11Z
11-DEA-542397, 2005 Lincoln Navigator, 5LMFU28575LJ02310, Falfurrias, TX, Humberto Tre Jr. 01/14/11
11-DEA-542449, 2008 BMW 535i, WBANW13528CN57405, Pearland, TX, Kameshia E 01/24/11
11-DEA-542563, 2000 Ford F-350 Truck, 1FDWF36L6YEA21278, Falfurrias, TX, Jeffary Lee Howard 01/28/11
11-DEA-542687, 2002 GMC Magnavan 3500, 1GDHG31R821120424, Penitas, TX, Unknown 01/2
11-DEA-542688, 2003 Jeep Liberty, 1J4GL58K33W575695, Brownsville, TX, Victor Jesu Martinez 01/10/11
11-DEA-542737, $1,000.00 U.S. Currency, Houston John/Jane Doe 01/28/11
11-DEA-542807, 2008 Chevrolet Avalanche, 3GNEC12018G207429, Houston, TX, Johalan Mag Penaloza 02/09/11
WESTERN DISTRICT OF TEXAS
11-DEA-542616, $9,503.70 U.S. Currency, El Paso Thomas Aldama AKA Ramon Arturo Lopez and Lui Dominguez 02/01/11
11-DEA-542768, $4,332.00 U.S. Currency, Midland Bobby Joe Lee AKA Rooster 02/02/11
11-DEA-542783, $2,247.00 U.S. Currency, Midland Lester Young Jr. 02/02/11
11-DEA-542811, 1996 Chevrolet Caprice Classic/I SS, 1G1BL52P8TR179324, Midland, TX, Martin Ma Minjarez Jr. AKA Martin Minjarez Jr. 02/02/11
DISTRICT OF UTAH
11-DEA-542444, 2004 GMC Yukon, 1GKEK13Z84J183605, Salt Lake City, UT, Juan Francisco Perez-Delgado 01/27/11
EASTERN DISTRICT OF VIRGINIA
11-DEA-542400, $3,433.00 U.S. Currency, Highlar Springs, VA, Kerbert Johnson 01/26/11
WESTERN DISTRICT OF VIRGINIA
11-DEA-542348, $119,030.00 U.S. Currency, Edint VA, Jonta Delvan Hamilton AKA Jontee D. Hamilto Mosconi Crutchfield and David Alexander Wright A Harold B Hickman AKA David Robinson AKA Davi Wright AKA David As Wright 01/13/11
WESTERN DISTRICT OF WASHINGTON
11-DEA-542548, (206) Assorted Marijuana Grow Equipment, VL: $15,555.03, (9) 1000 Watt Standa Metal Halide Bulbs; (2) Light Tracks; (6) 1000 Watt Horizontal MH Light Bulbs; (43) 1000 Watt HPS Di Bulbs; (18) Electromechanical Timers; (11) Clip on Inch; (2) Max Fans 8 Inch; (5) Can Fans; (6) C.A.P. Light Controllers; (45) Lumatek Light Ballasts; (2) C Pre-Filter; (5) Charcoal Filter; (46) Master 8 Suprem Reflector; (1) Aqua Submersible Pump; (1) Power Deverter Supplies; (1) 200 AMP Electrical Panel, Vancouver, WA, Chang Jip Li 01/21/11
EASTERN DISTRICT OF WISCONSIN
11-DEA-542773, $7,502.00 U.S. Currency, Milwa WI, Donovan Prentice Hunter 02/07/11
WESTERN DISTRICT OF WISCONSIN
11-DEA-542520, $1,242.87 U.S. Currency, Barne WI, Lance Harschel Ramer 01/06/11

[The property listed above is NOT for sale. The DEA DOES NOT sell forfeited property and th DOES NOT have information on property for sale.]

BANKRUPTCIES



Exhibit 16

A-36

**U. S. Department of Justice**
Drug Enforcement Administration
Washington, D.C. 20537

---

Asset ID: 11-DEA-542453 Case #: C7-11-0035
Asset Description: $50,080.00 U.S. Currency
Seizure Date: 01/13/2011 Seizure Value: $50080.00
Adoption Date:
Seizure Place: Cooperstown, NY
Owner Name: Justin Lucas
Seized From: Justin Lucas
Judicial District: Northern District of New York

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE,** it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King / for
Robert A. Porzeinski
Senior Attorney
Asset Forfeiture Section

MAY 19 2011
Date

Exhibit 24




Asset ID: 11-DEA-542453 Case #: C7-11-0035
Asset Description: $50,020.00 U.S. Currency
Seizure Date: 01/13/2011 Seizure Value: $50020.00
Adoption Date:
Seizure Place: Cooperstown, NY
Owner Name: Justin Lucas
Seized From: Justin Lucas
Judicial District: Northern District of New York

cc: DO: NEW YORK
RO: ALBANY
USMS: SYRACUSE

DEA.294 (JAN. 01)

By: M. JOHNSON Ad Code #:1121



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NICHOLAS M. LUCAS, as Assignee of Justin Lucas,

Petitioner,

-against-

UNITED STATES OF AMERICA and the DRUG ENFORCEMENT ADMINISTRATION, an agency of the United States of America,

Respondents.

**NOTICE OF PETITION (Pursuant to 18 USC §983(e) to vacate administrative forfeiture proceeding)**

---

**TO: The Respondents, UNITED STATES OF AMERICA and the DRUG ENFORCEMENT ADMINISTRATION, an agency of the United States of America, above named and described, in possession of certain monies hereinafter described which Petitioner claims to have been wrongfully forfeited and that Petitioner is the rightful owner thereof:**

**PLEASE TAKE NOTICE**, you are summoned and required to file with this Court and serve upon Wayne P. Smith, Esq., 157 Barrett Street, Schenectady, New York 12305, attorney for Petitioner, an Answer or otherwise move with respect to the Petition herein which is herewith served upon you and if an individual or corporate entity, you are required to do so within **twenty (20) days** after service of this Summons upon you, however, the Respondent as particularly described as the United States of America shall



Answer said Petition within **sixty (60) days** after service of this Summons and Petition upon you, exclusive of the day of service. If you fail to do so, Judgment by Default will be taken against you for the relief demanded in the Petition.

**OBJECT OF THIS ACTION: TO VACATE A PRIOR ADMINISTRATIVE FORFEITURE PROCEEDING OF THE DEA PURSUANT TO 18 USC §983(e) AND DIRECT THAT THE BAIL MONEY SEIZED BE RETURNED TO PLAINTIFF TOGETHER WITH INTEREST, COSTS AND DISBURSEMENTS.**

Dated: July 16, 2013

Clerk,
US District Court
for the Northern District of New York

By ______________________
Deputy Clerk

(SEAL OF THE COURT)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NICHOLAS M. LUCAS, as Assignee of
Justin Lucas,

        Petitioner,

  -against-

UNITED STATES OF AMERICA and the
DRUG ENFORCEMENT ADMINISTRATION,
 an agency of the United States of America,

        Respondents.

**PETITION**

---

     Nicholas M. Lucas, as assignee of Justin Lucas, alleges to the Court as and for his

Petition through his attorney, Wayne P. Smith, the following:

1.     That at all times relevant, Petitioner was a resident of the County of Otsego within

       the Northern District of New York.

2.     That at all times relevant, non-parties Richard J. Devlin, Jr., is and was the Sheriff

       of Otsego County as was Senior Investigator, Michael F. Ten Eyck, both of

       whom, upon information and belief, acted both in their official capacities as well

       as individually in connection with the facts and circumstances alleged herein.

3.     That Respondent, United States of America and its federal agency, Respondent

       Drug Enforcement Administration, was given certain bail money posted by Justin

       Lucas on January 13, 2011 by the Otsego County Sheriff for which he was given

       a bail receipt (**Exhibit A**) in the amount of $50,000 and thereafter the DEA then



took steps to administratively forfeit such money to the Respondents which Petitioner claims was done without either proper notice to relevant parties, without due process of law, and without any lawful or statutory right to do so.

4. That this proceeding is brought pursuant to Title 18, USC §983(e), §1983 and Title 19, USC §1602-1619 as well as 28 USC §§1346(a)(2) or 1391(e) and by reason thereof this Court has jurisdiction of this proceeding.

5. That more particularly, the pertinent provisions of the Civil Assets Forfeiture Reform Act of 2000 ("CAFRA") and the relevant statutory provisions therein as set forth in 18 USC §1983(a)(2) and 18 USC §983(e), has been designated by Congress as the sole and exclusive remedy for Petitioner herein who seeks the recovery of said $50,000 bail money in United States currency that was seized from him and/or his brother, by the Otsego County Sheriff and subsequently forfeited by the United States Drug Enforcement Administration ("DEA"), and Petitioner herein claims that the administrative forfeiture that took place thereafter should be set aside because the DEA did not provide Petitioner or his brother, Justin Lucas, with proper notice of the forfeiture proceeding.

6. That the relevant statute by its terms, to wit, 18 USC §983(3) states that under paragraph (1) that a Motion may be filed not later than five (5) years after the date of final publication of notice of seizure of the property and (§5) it is also likewise stated that a Motion filed under this subdivision shall be the exclusive remedy to set aside a declaration of forfeiture under a civil forfeiture statute.

7. That, upon information and belief, the asset ID number in this case was 11-DEA-542453 under case number C7-11-0035 and according to the Declaration of Forfeiture (attached hereto as **Exhibit B**) the seizure date was January 13, 2011 and the last disposition date was June 21, 2011 according to the case summary attached hereto as **Exhibit C** and by reason thereof this Petition is timely.

8. That in the interest of full disclosure to the Court, Petitioner has a pending State Court action in the Otsego County Supreme Court against the County Sheriff and his deputy (**Exhibit D**) who, it is alleged, originally seized the bail money that was to be posted for bail on behalf of Nicholas M. Lucas and a bail receipt was given as can be seen from the receipt attached to **Exhibit A** herein, and that some time thereafter it was determined through discovery in said pending action the true facts and circumstances of the forfeiture in that the Sheriff was discovered to have turned said bail money over to the DEA upon the representation that it was part of an investigation into illegal drugs and upon learning of such federal forfeiture by the DEA at the instigation of the Sheriff this separate proceeding is brought now in this Court because, inter alia, the Defendants in the State Court action through their attorney and as set forth in their Answer attached hereto as **Exhibit E**, it is alleged by said Defendants that Plaintiff in the State Court action is suing the wrong Defendants and should therefore be pursuing any right that Plaintiff deems himself entitled to against the DEA, hence the reason for this proceeding.

9. That as can be seen from a review of the foregoing allegations and the Exhibits attached hereto, in simplest terms, Plaintiff, Nicholas M. Lucas, was arrested on State Court drug charges involving the possession of marijuana, bail was set upon his arraignment in Town Court in the amount of $50,000, three or four days later his brother, Justin Lucas, a resident of Martha's Vineyard, in the Commonwealth of Massachusetts, appeared with $50,000 cash to post for his brother's release and he did so and was given a bail receipt by the Sheriff's Office as indicated in **Exhibit A**, but then was thereafter was told by the Sheriff that the $50,000 bail money was seized as a part a drug investigation.

10. That Petitioner alleges that thereafter said Justin Lucas, through his Albany attorney, Denis B. Schlenker, assigned his rights to said bail money referenced in the bail receipt (**Exhibit A**).

11. That the Petitioner herein through his attorney, alleges to the Court that investigation including consultation with attorney Schlenker on behalf of Justin Lucas has clearly disclosed that said Justin Lucas never had any actual or legal notice of the administrative forfeiture proceeding brought by the DEA nor did Nicholas M. Lucas as Petitioner herein and assignee of Justin Lucas.

12. That more particularly, a review of the attached Exhibits, namely the forfeiture proceeding paperwork filed by DEA, **Exhibits B** and **C** as well as **Exhibit A** attached hereto indicate clearly what the address of Nicholas M. Lucas was,

namely his former residence at either 5702 State Route 10, Cobleskill, New York 12043 or 196 Head Road, Worcester, New York 12197 or more recently at the Otsego County Jail since he could not make bail by reason of the seizure and in fact that said bail receipt given to Justin Lucas on January 13, 2011 clearly contained his address as Martha's Vineyard and yet the DEA disclosure notice was sent to neither current addresses of the relevant parties herein and in fact it appears that as listed on **Exhibit C** notice was given to Justin Lucas as 2627 SE Main Street, Portland, Oregon 07214, when in fact the obvious current addresses of both of the Lucas brothers was clear in the bail receipt and from the circumstances that then and there existed on January 13, 2011 all of which were obviously and probably intentionally or negligently ignored by the DEA as a part of its administrative proceeding.

13.    That Petitioner alleges that neither he nor as assignee of his brother, Justin Lucas, had neither knowledge of the seizure by the DEA nor any knowledge of the DEA forfeiture proceeding themselves during any relevant time.

14.    That by reason of the foregoing, Petitioner has been damaged in the sum of $50,000 together with lawful interest from the date of such seizure of January 13, 2011, and the costs and disbursements of this action.

15.    That Petitioner will leave it to the good judgment of the Court whether this separate plenary proceeding is treated as one on the pleadings pursuant to the aforementioned statute made and provided as the sole and exclusive remedy

governing such matters or rather, in the interests of justice, it is treated as a Motion for return of property or to reopen an administrative forfeiture action and/or to vacate the prior administrative forfeiture proceeding under the relevant statute, i.e. 18 USC §983(e). (See Earl Hayes, Plaintiff against United States of America, Defendant, United States District Court for the Southern District of New York, decided February 18, 2009, number 08 civ. 6525, cited at 2009 USDIST. Lexis 60995. By Henry Pittman, United States Magistrate Judge in his report and recommendation to Hon. Richard M. Berman, United States District Judge).

**WHEREFORE,** Petitioner prays that he should either by granted a Money Judgment in the amount of $50,000, together with interest from January 13, 2011 to date of payment or procedurally be granted relief by Motion to vacate an administrative proceeding pursuant to 18 USC §983(e) by reason of lack of due process, lack of notice, pursuant to the statues and case law made and provided, or in the alternative, be granted a hearing with respect thereto, together with such other and further relief as may be deemed just and proper including the costs and disbursements of this action.

Dated: July 16, 2013

Yours, etc.,

Wayne P. Smith, Esq.
Attorney for Petitioner
Bar Roll No.: 102631
157 Barrett Street
Schenectady, New York 12305
(518) 393-1371

A-46